SEDGWICK LLP
RALPH A. GUIRGIS  Bar No. 143262
MICHAEL L. FOX  Bar No. 173355
ROBERT S. GEBHARD  Bar No. 158125
JIM S. BYUN  Bar No. 199966
JAMISON R. NARBAITZ  Bar No. 219339
333 Bush Street, 30th Floor
San Francisco, California 94104-2834
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
ralph.guirgis@sedgwicklaw.com
michael.fox@sedgwicklaw.com
robert.gebhard@sedgwicklaw.com
jamison.narbaitz@sedgwicklaw.com
jim.byun@sedgwicklaw.com

Attorneys for Plaintiffs
ACE CAPITAL LIMITED,
ACE CAPITAL IV LIMITED,
ACE CAPITAL V LIMITED
and BRIT UW LIMITED

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ACE CAPITAL LIMITED, ACE CAPITAL IV LIMITED, ACE CAPITAL V LIMITED and BRIT UW LIMITED,<br><br>            Plaintiffs,<br><br>      v.<br><br>ePLANNING, INC.; ePLANNING SECURITIES, INC.; ePLANNING ADVISORS, INC.;  GARY ARMITAGE; JEFFREY GUIDI; CLIFFORD GAMBLE; SCOTT HULTSMAN; LINDA SECHSER; TIMOTHY MENEZES; IAN FILIPPINI; LELAND S. PRUSSIA; JOSEPH VASSALLO; JOHN MITCHELL; JOHN J. MAYERHOFER; MARK SWARTZ; | CASE NO.<br><br>COMPLAINT OF ACE CAPITAL LIMITED, ACE CAPITAL IV LIMITED, ACE CAPITAL V LIMITED AND BRIT UW LIMITED IN THE NATURE OF INTERPLEADER |

Sedgwick LLP

HENRY JAMES ANDERSON,
INDIVIDUALLY AND AS
TRUSTEE OF THE 2004 HENRY
JAMES ANDERSON REVOCABLE
TRUST; GUIDO B. ARECCO,
INDIVUALLY AND AS TRUSTEE
OF THE GUIDO B. ARECCO
REVOCABLE TRUST; SANDRA N.
BARCLAY; BRIAN BARCLAY;
JANE BARELLI, INDIVIDUALLY
AND AS TRUSTEE OF HER IRA,
RETIREMENT OR FAMILY
TRUST; ELAINE BECK,
INDIVIDUALLY AND AS
SUCCESSOR IN INTEREST TO
MAX BECK; JAMES BJORGE;
STEPHEN BOOTH, INDIVIUALLY
AND AS TRUSTEE OF THE
BOOTH 1989 FAMILY TRUST;
ANN K. BOOTH, INDIVIDUALLY
AND AS TRUSTEE OF THE
BOOTH 1989 FAMILY TRUST;
THOMAS CASEBIER; RITA
CASEBIER; THERESA
CHANNELL, INDIVIDUALLY AND
ON BEHALF OF HER INDIVIDUAL
IRA; GAELEN W. COLE,
INDIVIDUALLY AND AS
TRUSTEE OF HIS TRUST(S),
INCLUDING THE MICHELLE L.
COLE DECLARATION OF TRUST;
MICHELLE L. COLE,
INDIVIDUALLY AND AS
TRUSTEE OF HER TRUST(S),
INCLUDING THE MICHELLE L.
COLE DECLARATION OF TRUST;
DIANE COLIVAS, INDIVIDUALLY
AND AS SUCCESSOR IN
INTEREST TO HER FATHER,
ALEXANDER WORICK; PATRICIA
DEARMIN, INDIVIDUALLY AND
AS TRUSTEE OF THE ROBERT M.
AND PATRICIA DEARMIN TRUST;
ROBERT DEARMIN,
INDIVIDUALLY AND AS
TRUSTEE OF THE ROBERT M.

Sedgwick LLP

AND PATRICIA DEARMIN TRUST;
VERNON A. DEXTER; SHARON L.
DEXTER; JOANNE E. DUNCAN,
INDIVIDUALLY AND AS
TRUSTEE OF THE 2001 JOANNE E.
DUNCAN REVOCABLE TRUST;
JOHN D. ESAKSON,
INDIVIDUALLY AND AS
TRUSTEE OF THE ESAKSON
FAMILY TRUST DATED 12/7/94;
JOYCE E. ESAKSON,
INDIVIDUALLY AND AS
TRUSTEE OF THE ESAKSON
FAMILY TRUST DATED 12/7/94;
ANDREW R. FINE,
INDIVIDUALLY AND AS
TRUSTEE OF HIS IRA; JOHN J.
FISHER, INDIVIDUALLY AND AS
TRUSTEE OF THE FISHER LIVING
TRUST DATED 8/6/97; ALICE M.
FISHER, INDIVIDUALLY AND AS
TRUSTEE OF THE FISHER LIVING
TRUST DATED 8/6/97; PAUL
FREESE; DENNIS H. FURBY,
INDIVIDUALLY AND AS
TRUSTEE OF THE FURBY
FAMILY TRUST DATED 06/27/00;
JANET C. FURBY, INDIVIDUALLY
AND AS TRUSTEE OF THE FURBY
FAMILY TRUST DATED 06/27/00;
JOHN GARDNER; CYNTHIA
GARDNER; FRANK A. GERACI,
INDIVIDUALLY AND AS
TRUSTEE OF THE FRANK A. AND
CONSTANCE L. GERACI TRUST;
CONSTANCE L. GERACI,
INDIVIDUALLY AND AS
TRUSTEE OF THE FRANK A. AND
CONSTANCE L. GERACI TRUST;
ALLEN J. GOODMANSON,
INDIVIDUALLY AND AS
TRUSTEE OF HIS IRA,
RETIREMENT OR FAMILY
TRUST; KAY GOODMANSON,
INDIVIDUALLY AND AS
TRUSTEE OF HER IRA,

Sedgwick ᴸᴸᴾ

-3-

**COMPLAINT OF ACE CAPITAL LIMITED, ACE CAPITAL IV LIMITED, ACE CAPITAL V LIMITED AND BRIT UW LIMITED IN THE NATURE OF INTERPLEADER**

RETIREMENT OR FAMILY
TRUST; CAROL GREEN; JOHN C.
GREEN; VIRGINIA M. GRUBER,
INDIVIDUALLY AND AS
TRUSTEE OF THE VIRGINIA M.
GRUBER REVOCABLE TRUST;
LYNDA F. HAMILTON,
INDIVIDUALLY AND AS
TRUSTEE OF THE NORMAN P.
HAMILTON IRA; NORMAN P.
HAMILTON, INDIVIDUALLY AND
AS TRUSTEE OF THE NORMAN P.
HAMILTON IRA; DEANNA J.
HANKS, INDIVIDUALLY AND AS
TRUSTEE OF HER IRA,
RETIREMENT OR FAMILY
TRUST; CHARLES M. HARTWIG,
INDIVIDUALLY AND AS
TRUSTEE OF HIS IRA,
RETIREMENT OR FAMILY
TRUST; DORIS HARTWIG,
INDIVIDUALLY AND AS
TRUSTEE OF HER IRA,
RETIREMENT OR FAMILY
TRUST; PHILLIP A. HORTON,
INDIVIDUALLY AND AS
TRUSTEE OF THE HORTON
FAMILY TRUST DATED 2/8/94
AND THE WENDY A. HORTON
IRA; WENDY E. HORTON,
INDIVIDUALLY AND AS
TRUSTEE OF THE HORTON
FAMILY TRUST DATED 2/8/94
AND THE WENDY A. HORTON
IRA; PAUL E. HOUGH; SUSAN
HOUGH; LAWRENCE E.
HOWERTON, INDIVIDUALLY
AND AS TRUSTEE OF THE
HOWERTON FAMILY
REVOCABLE TRUST DATED
10/02/04 AND THE LAWRENCE
HOWERTON IRA; LYNDA
HOWERTON, INDIVIDUALLY
AND AS TRUSTEE OF THE
HOWERTON FAMILY
REVOCABLE TRUST DATED

-4-

COMPLAINT OF ACE CAPITAL LIMITED, ACE CAPITAL IV LIMITED, ACE CAPITAL V LIMITED
AND BRIT UW LIMITED IN THE NATURE OF INTERPLEADER

10/02/04 AND THE LAWRENCE
HOWERTON IRA; JEANNINE
JACOBS; MAX JOHNSON,
INDIVIDUALLY AND AS
TRUSTEE OF HIS IRA; MARIA A.
JOHNSON, INDIVIDUALLY AND
AS TRUSTEE OF HER IRA;
CHRISTOPHER J.G. JONES,
INDIVIDUALLY AND AS
TRUSTEE OF THE CHRISTOPHER
J.G. JONES AND SHARON
MURRAY JONES TRUST(S)
DATED 11/10/94 AND/OR 11/10/04;
SHARON JONES, INDIVIDUALLY
AND AS TRUSTEE OF THE
CHRISTOPHER J.G. JONES AND
SHARON MURRAY JONES
TRUSTS DATED 11/10/94 AND/OR
11/10/04; SUSAN JOYCE,
INDIVIDUALLY AND AS
TRUSTEE OF THE SUSAN JOYCE
REVOCABLE TRUST DATED
5/11/06, AND ON BEHALF OF
JOYCE PRINTING, INC.; JOYCE
PRINTING, INC.; ROBERT
JUENGLING, INDIVIDUALLY
AND AS TRUSTEE OF THE
ROBERT AND GISELA
JUENGLING LIVING TRUST
DATED 8/92; GISELA E.
JEUNGLING, INDIVIDUALLY
AND AS TRUSTEE OF THE
ROBERT AND GISELA
JUENGLING LIVING TRUST
DATED 8/92; JAY J. KERZNER,
INDIVIDUALLY AND AS
TRUSTEE OF THE JAY J.
KERZNER 1998 REVOCABLE
TRUST; DAVID L. KOEHN; HEIDI
KORHUMMEL, INDIVIDUALLY
AND AS TRUSTEE OF HER IRA,
RETIREMENT OR FAMILY
TRUST; ROBERT KORHUMMEL,
INDIVIDUALLY AND AS
TRUSTEE OF HIS IRA,
RETIREMENT OR FAMILY

Sedgwick LLP

25

TRUST; STEFFEN KUEHN; JAMES LAGO, INDIVIDUALLY AND ON BEHALF OF HEALDSBURG SIGNS, INC.; TAMI LAGO, INDIVIDUALLY AND ON BEHALF OF HEALDSBURG SIGNS, INC.; HEALDSBURG SIGNS, INC.; DENNIS K. LARSON, INDIVIDUALLY AND AS TRUSTEE OF THE DENNIS K. AND PAT LARSON REVOCABLE LIVING TRUST; PATRICIA LARSON, INDIVIDUALLY AND AS TRUSTEE OF THE DENNIS K. AND PAT LARSON REVOCABLE LIVING TRUST; RONALD LARSON, INDIVIDUALLY AND AS TRUSTEE OF HIS IRA, RETIREMENT OR FAMILY TRUST; MARILYN M. LAUGHRIDGE, INDIVIDUALLY AND AS TRUSTEE OF HER IRA; MARY ANN LEE, INDIVIDUALLY AND AS TRUSTEE OF THE 2006 CHARLES E. LEE AND MARY ANN LEE REVOCABLE TRUST; CHARLES E. LEE, INDIVIDUALLY AND AS TRUSTEE OF THE 2006 CHARLES E. LEE AND MARY ANN LEE REVOCABLE TRUST; MERRILY H. LEE, INDIVIDUALLY AND AS TRUSTEE OF THE HERBERT AND MERRILY LEE REVOCABLE TRUST; MARY LEKICH, ON BEHALF OF MARY MILLER; LORRAINE LENDER, INDIVIDUALLY AND AS TRUSTEE OF THE LORRAINE J. LENDER REVOCABLE TRUST; ELIZABETH A. LISMER, INDIVIDUALLY AND AS TRUSTEE OF HER IRA, RETIREMENT OR FAMILY TRUST; PETER W. LISMER, INDIVIDUALLY AND AS TRUSTEE OF HIS IRA,

-6-

COMPLAINT OF ACE CAPITAL LIMITED, ACE CAPITAL IV LIMITED, ACE CAPITAL V LIMITED AND BRIT UW LIMITED IN THE NATURE OF INTERPLEADER

RETIREMENT OR FAMILY
TRUST; DIANE L. MAXWELL,
INDIVIDUALLY AND AS
TRUSTEE OF THE CLIFTON
FAMILY TRUST DATED 04/09/85;
ELAINE LOGAN MEIN,
INDIVIDUALLY AND AS
TRUSTEE OF THE G. E. MEIN
REVOCABLE TRUST DATED
04/04/90 AND/OR THE GARDNER
W. MEIN AND ELAINE LOGAN
MEIN REVOCABLE TRUST;
GARDNER W. MEIN,
INDIVIDUALLY AND AS
TRUSTEE OF THE G. E. MEIN
REVOCABLE TRUST DATED
04/04/90 AND/OR THE GARDNER
W. MEIN AND ELAINE LOGAN
MEIN REVOCABLE TRUST; DANA
MEYER; GLEN MEYER;
LORRAINE MILES,
INDIVIDUALLY AND AS
TRUSTEE OF HER IRA,
RETIREMENT OR FAMILY
TRUST; MELUDI MILES,
INDIVIDUALLY AND AS
TRUSTEE OF HIS IRA,
RETIREMENT OR FAMILY
TRUST; ARNIE G. MOORE,
INDIVIDUALLY AND AS
TRUSTEE OF HIS IRA,
RETIREMENT OR FAMILY
TRUST; KELLIE MOORE,
INDIVIDUALLY AND AS
TRUSTEE OF HER IRA,
RETIREMENT OR FAMILY
TRUST; ELIZABETH H. MORA,
INDIVIDUALLY AND AS
TRUSTEE OF THE ELIZABETH H.
MORA REVOCABLE TRUST
DATED 10/21/97; GIOVANNI
NENCINI; KAREN K. NENCINI,
INDIVIDUALLY AND AS
TRUSTEE OF THE NENCINI
SURVIVORS TRUST AND THE
NENCINI SHELTER TRUST

-7-

**COMPLAINT OF ACE CAPITAL LIMITED, ACE CAPITAL IV LIMITED, ACE CAPITAL V LIMITED
AND BRIT UW LIMITED IN THE NATURE OF INTERPLEADER**

DATED 2/29/96; AMIR NIUFAR, INDIVIDUALLY AND AS TRUSTEE OF THE AMIR MANSUR & LORETTA KUHN NIUFAR REVOCABLE TRUST; LORETTA NIUFAR, INDIVIDUALLY AND AS TRUSTEE OF THE AMIR MANSUR & LORETTA KUHN NIUFAR REVOCABLE TRUST; BRENDA OWEN; DEFENDANT-CLAIMANT BRUCE PAYNE, INDIVIDUALLY AND AS TRUSTEE OF THE BRUCE AND BERNADETTE PAYNE REVOCABLE TRUST; BERNADETTE PAYNE, INDIVIDUALLY AND AS TRUSTEE OF THE BRUCE AND BERNADETTE PAYNE REVOCABLE TRUST AND OF THE WALTER OLIVAS SPECIAL NEEDS TRUST; JAMES P. PEKKAIN, INDIVIDUALLY AND AS TRUSTEE OF THE PEKKAIN LIVING TRUST; GISELE PEKKAIN, INDIVIDUALLY AND AS TRUSTEE OF THE PEKKAIN LIVING TRUST; DANIEL R. PETERSON; MARIA F. PETERSON; BERRY W. PEVEY; OLIANA POLICICCHIO, TRUSTEE OF THE DELSI DECEDENTS TRUST, THE DELSI SURVIVORS TRUST AND THE OLIANA POLICICCHIO TRUST, AND AS THE PRINCIPAL FOR HER AGENT, PIA BROWN, WHO HAS HER POWER OF ATTORNEY; SUE ZEE POINSETT, INVIDIAULLY AND AS TRUSTEE OF THE SUE ZEE POINSETT REVOCABLE TRUST DATED 12/11/02; GAYLE A. POWERS; SUSAN L. PRICCO; JAMES C. RILEY; VICTORIA RILEY; BENNIE A. ROSE; STEVEN L. ROSS, INDIVIDUALLY AND AS TRUSTEE OF THE 1996 STEVEN L.

Sedgwick LLP

ROSS AND JULEEN KARIGER
ROSS REVOCABLE TRUST;
JULEEN K. ROSS, INDIVIDUALLY
AND AS TRUSTEE OF THE 1996
STEVEN L. ROSS AND JULEEN
KARIGER ROSS REVOCABLE
TRUST; RICHARD SAMARAS,
INDIVIDUALLY AND AS
TRUSTEE OF THE SAMARAS
FAMILY TRUST DATED 9/10/99;
HOPE SAMARAS, INDIVIDUALLY
AND AS TRUSTEE OF THE
SAMARAS FAMILY TRUST
DATED 9/10/99; PAUL SHECKLER,
INDIVIDUALLY AND AS
TRUSTEE OF THE PAUL AND
KAY SCHECKLER FAMILY
TRUST, AS AMENDED 06/10/04;
KAY SHECKLER, INDIVIDUALLY
AND AS TRUSTEE OF THE PAUL
AND KAY SCHECKLER FAMILY
TRUST, AS AMENDED 06/10/04;
LOUIS SIEGERT, INDIVIDUALLY
AND AS TRUSTEE OF THE LOUIS
& MARY SIEGERT FAMILY
TRUST DATED 9/13/91; MARY
SIEGERT, INDIVIDUALLY AND
AS TRUSTEE OF THE LOUIS &
MARY SIEGERT FAMILY TRUST
DATED 9/13/91; EDWARD R.
STEIGER; JOAN STEIGER; MABEL
M. TERRY, INDIVIDUALLY AND
AS TRUSTEE OF THE MABEL M.
TERRY REVOCABLE TRUST;
JOHN THOMAS; ANN THOMAS;
LINDA L. TRAPANESE,
INDIVIDUALLY AND AS
TRUSTEE OF THE LINDA L.
TRAPANESE REVOCABLE TRUST
DATED 09/13/04; SHARON L.
WAITE, INDIVIDUALLY AND AS
TRUSTEE OF THE SHARON L.
WAITE TRUST OF 2003; LESLIE
WEAVER (FORMERLY
SANTUCCI); DIANE E. WELCH,
INDIVIDUALLY AND AS

**COMPLAINT OF ACE CAPITAL LIMITED, ACE CAPITAL IV LIMITED, ACE CAPITAL V LIMITED
AND BRIT UW LIMITED IN THE NATURE OF INTERPLEADER**

1   TRUSTEE OF THE GERALD S.
2   WELCH AND DIANE E. WELCH
    LIVING TRUST DATED 05/02/96;
3   GERALD S. WELCH,
    INDIVIDUALLY AND AS
4   TRUSTEE OF THE GERALD S.
    WELCH AND DIANE E. WELCH
5   LIVING TRUST DATED 05/02/96;
6   CAREY-LYNN WELCH; JACK W.
    WHITE; TAMARA QUINLIN-
7   WHITE; WILLIAM JAMISON;
    GEORGE SULLIVAN; JOAN
8   SULLIVAN; LYNN LUTHI; LINDA
    J. BEESON; WESLEY C. BEESON;
9   PAUL BLAKE; MERYLEE BOES;
10  WYNN BOES; IRENE S. BROOKS;
    JAMES F. DERR; TERESA J. DERR;
11  MARTA DZAJA; MARKO DZAJA;
    TONY ESTES, INDIVIDUALLY
12  AND AS TRUSTEE OF THE TONY
    M. ESTES AND MARY E. ESTES
13  TRUST; MARY ESTES,
14  INDIVIDUALLY AND AS
    TRUSTEE OF THE TONY M. ESTES
15  AND MARY E. ESTES TRUST;
    DAVID E. FORSMAN; WILLIAM F.
16  FRANK, JR., INDIVIDUALLY AND
17  AS TRUSTEE OF THE WILLIAM F.
    FRANK, JR. TRUST DATED MAY
18  8, 1995; THOMAS HOBBS,
    INDIVIDUALLY AND AS
19  TRUSTEE OF THE HOBBS
20  FAMILY TRUST; ANN HOBBS,
    INDIVIDUALLY AND AS
21  TRUSTEE OF THE HOBBS
    FAMILY TRUST; RONALD E.
22  JOHNSON; SANDRA G. JOHNSON;
    KAY KERRIDEN; DAVID L.
23  KOEHN; TERRI L. THOMPSON;
24  CHESTER L. KUEHL, SUCCEEDED
    BY THE ESTATE OF CHESTER L.
25  KUEHL, JR.; DAVID J. LOVELY,
    INDIVIDUALLY AND AS
26  TRUSTEE OF THE 2005 DAVID J.
    LOVELY AND DAPHNE J.
27  LOVELY REVOCABLE TRUST;
28

Sedgwick LLP

DAPHNE J. LOVELY,
INDIVIDUALLY AND AS
TRUSTEE OF THE 2005 DAVID J.
LOVELY AND DAPHNE J.
LOVELY REVOCABLE TRUST;
DORIS I. MANEKE, SUCCEEDED
BY THE ESTATE OF DORIS I.
MANEKE; CAROL A. MEIGS,
INDIVIDUALLY AND ON BEHALF
OF 1997 NORMAN MEIGS AND
CAROLYN A. MEIGS REVOCABLE
TRUST DATED JULY 21, 1997;
ANGELA NIETO; JESS NIETO;
WILLIAM C. POTTER; MURIEL E.
POTTER; PHILLIP L. RHODE;
GENEVIEVE SCHIEFER; CHARLES
R. SMITH; ELEANOR G. SMITH;
ROBERT L. SUNDERLAND; DILLA
A. SUNDERLAND; RAY A.
SWANSON, INDIVIDUALLY AND
AS TRUSTEE OF THE 1997 RAY A.
SWANSON AND FRANCES C.
SWANSON REVOCABLE TRUST;
FRANCES C. SWANSON,
INDIVIDUALLY AND AS
TRUSTEE OF THE 1997 RAY A.
SWANSON AND FRANCES C.
SWANSON REVOCABLE TRUST;
LARRY TIMMONS; TERESA
TIMMONS; DAVID H. VEITH,
INDIVIDUALLY AND AS
TRUSTEE OF THE 2000 DAVID H.
VEITH AND GLORIA L. VEITH
REVOCABLE TRUST UA DATED
7/11/2000; LINDA ZANKO; DEAN
G. NOWACKI, INDIVIDUALLY
AND AS TRUSTEE OF THE
NOWACKI FAMILY TRUST
DATED 5/25/05; SUSAN M.
NOWACKI, INDIVIDUALLY AND
AS TRUSTEE OF THE NOWACKI
FAMILY TRUST DATED 5/25/05;
AREI NEWHALL 23, LLC; JOHN F.
PARDELLA, INDIVIDUALLY AND
AS TRUSTEE OF THE JOHN F.
PARDELLA AND CAROLE M.

PARDELLA REVOCABLE TRUST DATED 11/12/96; CAROLE M. PARDELLA, INDIVIDUALLY AND AS TRUSTEE OF THE JOHN F. PARDELLA AND CAROLE M. PARDELLA REVOCABLE TRUST DATED 11/12/96; AREI NEWHALL 21, LLC; GREG SABOURIN; AMY SABOURIN; ROBERT L. KING, INDIVIDUALLY AND AS TRUSTEE OF THE 2003 ROBERT L. KING AND LINDA KEATING KING REVOCABLE TRUST; LINDA K. KING, INDIVIDUALLY AND AS TRUSTEE OF THE 2003 ROBERT L. KING AND LINDA KEATING KING REVOCABLE TRUST; WILLIAM L. DENNY; DENISE E. DENNY; OAKDALE HEIGHTS REDDING 1, LLC; OAKDALE HEIGHTS REDDING 2, LLC; OAKDALE HEIGHTS REDDING 3, LLC; OAKDALE HEIGHTS REDDING 4, LLC; OAKDALE HEIGHTS REDDING 5, LLC; OAKDALE HEIGHTS REDDING 6, LLC; OAKDALE HEIGHTS REDDING 7, LLC; OAKDALE HEIGHTS REDDING 8, LLC; OAKDALE HEIGHTS REDDING 9, LLC; OAKDALE HEIGHTS REDDING 10, LLC; OAKDALE HEIGHTS REDDING 11, LLC; OAKDALE HEIGHTS REDDING 12, LLC; OAKDALE HEIGHTS REDDING 13, LLC; OAKDALE HEIGHTS REDDING 14, LLC; OAKDALE HEIGHTS REDDING 15, LLC; STEFAN GIUSTINO; ALLAN P. FISHBEIN; ANNE E. FISHBEIN; MONTE McKINNON; RANAE McKINNON; DAVID B. COMPASS; KANDICE F. COMPASS; STEVEN ROSS; TERESA HICKS; HAROLD PATRICK; PAMELA PATRICK; CAROL A. THOLE; EGIL A.

**COMPLAINT OF ACE CAPITAL LIMITED, ACE CAPITAL IV LIMITED, ACE CAPITAL V LIMITED AND BRIT UW LIMITED IN THE NATURE OF INTERPLEADER**

Sedgwick LLP

OKSTAD; JOSEPH BURUM; V.
BLAINE CUTLER, INDIVIDUALLY
AND AS TRUSTEE OF THE
CUTLER FAMILY LIVING TRUST;
JUDY A. CUTLER, INDIVIDUALLY
AND AS TRUSTEE OF THE
CUTLER FAMILY LIVING TRUST;
HAZEL A. TAYLOR; SIERRA
OAKS REDDING 1, LLC; SIERRA
OAKS REDDING 2, LLC; SIERRA
OAKS REDDING 3, LLC; SIERRA
OAKS REDDING 4, LLC; SIERRA
OAKS REDDING 5, LLC; SIERRA
OAKS REDDING 6, LLC; SIERRA
OAKS REDDING 7, LLC; EARL J.
PURCELL, INDIVIDUALLY AND
AS TRUSTEE OF THE PURCELL
FAMILY TRUST; SUZANNE J.
PURCELL, INDIVIDUALLY AND
AS TRUSTEE OF THE PURCELL
FAMILY TRUST; RODERICK
BRATHWAITE; COLLEEN
BRATHWAITE; ALAN MARNEY,
INDIVIDUALLY AND AS
TRUSTEE OF THE ALAN MARNEY
AND JERI FRIEDMAN MARNEY
TRUST; ERNEST ONGARO;
DEBRA ONGARO; GILBERT
KJORSTAD; ROSEVILLE CAPITAL
RESOURCES, LLC; AREI
ROSEVILLE 1, LLC; AREI
ROSEVILLE 2, LLC; AREI
ROSEVILLE 3, LLC; AREI
ROSEVILLE 4, LLC; AREI
ROSEVILLE 5, LLC; AREI
ROSEVILLE 6, LLC; AREI
ROSEVILLE 7, LLC; AREI
ROSEVILLE 8, LLC; AREI
ROSEVILLE 9, LLC; AREI
ROSEVILLE 10, LLC; AREI
ROSEVILLE 11, LLC; AREI
ROSEVILLE 12, LLC; AREI
ROSEVILLE 13, LLC; AREI
ROSEVILLE 14, LLC; AREI
ROSEVILLE 15, LLC; AREI
ROSEVILLE 16, LLC; AREI

**COMPLAINT OF ACE CAPITAL LIMITED, ACE CAPITAL IV LIMITED, ACE CAPITAL V LIMITED**
**AND BRIT UW LIMITED IN THE NATURE OF INTERPLEADER**

ROSEVILLE 17, LLC; AREI
ROSEVILLE 18, LLC; AREI
ROSEVILLE 19, LLC; AREI
ROSEVILLE 21, LLC; AREI
ROSEVILLE 22, LLC; AREI
ROSEVILLE 23, LLC; AREI
ROSEVILLE 24, LLC; AREI
ROSEVILLE 26, LLC; AREI
ROSEVILLE 27, LLC; AREI
ROSEVILLE 29, LLC; AREI
ROSEVILLE 30, LLC; AREI
ROSEVILLE 31, LLC; AREI
ROSEVILLE 32, LLC; AREI
ROSEVILLE 33, LLC; AREI
ROSEVILLE 34, LLC; WOOD
RIVER CAPITAL RESOURCES,
LLC; AREI WOOD RIVER 1, LLC;
AREI WOOD RIVER 2, LLC; AREI
WOOD RIVER 3, LLC; AREI WOOD
RIVER 4, LLC; AREI WOOD RIVER
6, LLC; AREI WOOD RIVER 7,
LLC; AREI WOOD RIVER 8, LLC;
AREI WOOD RIVER 9, LLC; AREI
WOOD RIVER 10 LLC; AREI
WOOD RIVER 11, LLC; AREI
WOOD RIVER 12, LLC; AREI
WOOD RIVER 13, LLC; AREI
WOOD RIVER 14, LLC; AREI
WOOD RIVER 15, LLC; AREI
WOOD RIVER 16, LLC; AREI
WOOD RIVER 17, LLC; AREI
WOOD RIVER 18, LLC; AREI
WOOD RIVER 19, LLC; AREI
WOOD RIVER 20, LLC; AREI
WOOD RIVER 22, LLC; AREI
WOOD RIVER 23, LLC; AREI
WOOD RIVER 24, LLC; AREI
WOOD RIVER 25, LLC; AREI
WOOD RIVER 26, LLC; AREI
WOOD RIVER 27, LLC; AREI
WOOD RIVER 28, LLC; AREI
WOOD RIVER 29, LLC; AREI
WOOD RIVER 30, LLC; SANTA
CLARA CAPITAL RESOURCES,
LLC; AREI SANTA CLARA 1, LLC;
AREI SANTA CLARA 2, LLC; AREI

-14-
**COMPLAINT OF ACE CAPITAL LIMITED, ACE CAPITAL IV LIMITED, ACE CAPITAL V LIMITED**
**AND BRIT UW LIMITED IN THE NATURE OF INTERPLEADER**

Sedgwick LLP

SANTA CLARA 3, LLC; AREI
SANTA CLARA 4, LLC; AREI
SANTA CLARA 6, LLC; AREI
SANTA CLARA 7, LLC; AREI
SANTA CLARA 9, LLC; AREI
SANTA CLARA 11, LLC; AREI
SANTA CLARA 12, LLC; AREI
COLONNADE 1, LLC; AREI
COLONNADE 2, LLC; AREI
COLONNADE 3, LLC; AREI
COLONNADE 4, LLC; AREI
COLONNADE 5, LLC; AREI
COLONNADE 6, LLC; AREI
COLONNADE 7, LLC; AREI
COLONNADE 8; AREI
COLONNADE 10, LLC; AREI
COLONNADE 11, LLC; AREI
COLONNADE 12, LLC; AREI
COLONNADE 13, LLC; AREI
COLONNADE 14, LLC; AREI
COLONNADE 15, LLC; AREI
COLONNADE 16, LLC; AREI
COLONNADE 18, LLC; AREI
COLONNADE 20, LLC; AREI
SPENCER 1, LLC; AREI SPENCER
2, LLC; AREI SPENCER 3, LLC;
AREI SPENCER 4, LLC; AREI
SPENCER 5, LLC; AREI SPENCER
6, LLC; AREI SPENCER 7, LLC;
AREI SPENCER 8, LLC; AREI
SPENCER 9, LLC; AREI SPENCER
10, LLC; AREI SPENCER 11, LLC;
AREI SPENCER 12, LLC; AREI
SPENCER 13, LLC; AREI SPENCER
14, LLC; AREI SPENCER 15, LLC;
AREI SPENCER 16, LLC; AREI
SPENCER 17, LLC; MICHAEL
ALVARADO, INDIVIDUALLY
AND ON BEHALF OF HIS IRA
AND AS TRUSTEE OF THE
MICHAEL J. ALVARADO AND
SUSAN J. ALVARADO
REVOCABLE TRUST DATED
2/26/97; SUSAN ALVARADO,
INDIVIDUALLY, AND AS
TRUSTEE OF THE MICHAEL J.

ALVARADO AND SUSAN J.
ALVARADO REVOCABLE TRUST
DATED 2/26/97; WILLIAM
AMBROSIO; THOMAS L.
CALDWELL; STARLENE
CALDWELL; LAWRENCE
CAUBLE, INDIVIDUALLY AND AS
TRUSTEE OF THE LAWRENCE
AND NANCY CAUBLE FAMILY
TRUST; NANCY CAUBLE,
INDIVIDUALLY AND AS
TRUSTEE OF THE LAWRENCE
AND NANCY CAUBLE FAMILY
TRUST; MAURICE P. CLAY III;
BARBARA L. CLAY; RAY H.
DAWSON, INDIVIDUALLY AND
AS TRUSTEE OF THE RJD
FAMILY TRUST; JOLENE
DAWSON, INDIVIDUALLY AND
AS TRUSTEE OF THE RJD
FAMILY TRUST; JAMES V.
EMERY; CAROL A. EMERY;
WANDA T. KWONG; PATRICIA M.
MCPHERSON; NARASIMHARIAO
L. PALAGUMMI; SAMBRAJYA L.
PALAGUMMI; JOHN L. PEACOCK;
JOAN A. PEACOCK; ERWIN SI;
IRENE GO; RUTH W. STEVENS;
UMBERTON TORLONE;
PIERRETTE M. TORLONE; MYREE
D. RUPRACHT, INDIVIDUALLY
AND AS TRUSTEE OF THE
ROBERT AND MYREE RUPRACHT
FAMILY TRUST;  SEBASTIAN
FELDMAN; JOAN E. FOURNIER;
DIANE MARA, INDIVIDUALLY
AND AS TRUSTEE OF THE DIANE
MARA 2005 TRUST DATED
7/20/05; JAMES H. WHEELER,
INDIVIDUALLY AND AS
TRUSTEE OF THE JAMES H.
WHEELER AND MARY D.
WHEELER TRUST DATED MAY
18, 1992; ROXANNE DAVIS
JONES, INDIVIDUALLY AND AS
TRUSTEE OF THE ROXANNE

**COMPLAINT OF ACE CAPITAL LIMITED, ACE CAPITAL IV LIMITED, ACE CAPITAL V LIMITED**
**AND BRIT UW LIMITED IN THE NATURE OF INTERPLEADER**

DAVIS JONES 2001 REVOCABLE
FAMILY TRUST;  ARTHUR
KRANSBERGER; SPENCER
CAPITAL RESOURCES, LLC;
TERRI STUPAR; PATTI
BERGSTROM; VANCE ALKIRE;
LESLEY ALKIRE; BRANDON
OVERSTREET; STACI
OVERSTREET; VERONICA S.
ROYER, INDIVIDUALLY AND AS
TRUSTEE OF THE VERONICA S.
ROYER IRA AND ELAM C. ROYER
IRA; GARRETT VALLES;
MARISSA VALLES; CARLA C.
WARD, INDIVIDUALLY AND AS
TRUSTEE OF CARLA C. WARD
TRUST; SALLY WEBER;
NATALEE TAPPIN,
INDIVIDUALLY AND AS
TRUSTEE OF THE NATALEE
TAPPIN IRA; KAREN TAPPIN,
INDIVIDUALLY AND AS
TRUSTEE OF THE KAREN TAPPIN
IRA; RALPH KISTLER; DALE
KISTLER; CAROLYN LEE BREW,
INDIVIDUALLY AND AS
TRUSTEE OF THE 2005 CAROLYN
LEE BREW REVOCABLE TRUST;
DONNA GOPFERT; KATA
LEKICH; VINKA MAKRIS;
STEPHEN METSCH; SHARON
METSCH; NORM THIEL; GAE
THIEL; CALLIE EDWARDS,
EILEEN FOX; RONALD E.
JOHNSON, INDIVIDUALLY AND
AS TRUSTEE OF RONALD E.
JOHNSON ROLLOVER IRA;
SANDRA G. JOHNSON,
INDIVIDUALLY AND AS
TRUSTEE OF THE SANDRA G.
JOHNSON ROLLOVER IRA; JEAN
FRANK HICKS, INDIVIDUALLY
AND AS TRUSTEE OF THE JEAN
FRANK HICKS REVOCABLE
INTER VIVOS TRUST AND
EDWARD LEWIS HICKS & JEAN

FRANK REVOCABLE INTER VIVOS TRUST; VIDYA PURI; THOMAS J. RITENOUR; LYNELLEN REED LIVELY, INDIVIDUALLY AND ON BEHALF OF THE LIVELY-ROUNDY REVOCABLE FAMILY TRUST; JOHN BROOKS; DAVID BANCROFT AVRICK, INDIVIDUALLY AND AS TRUSTEE OF THE ZAHARA TRUST; JOHN K. DOERNER; ROBERT SCHIFF, INDIVIDUALLY AND AS TRUSTEE OF THE ROBERT SCHIFF LIVING TRUST DATED 7/28/2000, AND ON BEHALF OF THE ROBERT SCHIFF SEP IRA; LA RAINE SEIFER; IRL SEIFER; SAMUEL SHERWOOD; FRANCES SHERWOOD; CHRIS MARTINIAK; GEORGE E. MERRILL; NONA MERRILL; GEORGE E. MERRILL III; SUSAN S. MERRILL; NELLA NENCINI; and DOES 1-100, inclusive,

Defendant-Claimants.

Comes now Plaintiffs ACE CAPITAL LIMITED, ACE CAPITAL IV LIMITED, ACE CAPITAL V LIMITED (collectively referred to as "ACE") and BRIT UW LIMITED ("BRIT") for their complaint in the nature of interpleader, and allege as follows:

## I.      JURISDICTION

1.      This is an action in the nature of statutory interpleader brought under sections 1335, 1397 and 2361 of Title 28 the United States Code.

2.      This Court has subject matter jurisdiction under 28 U.S.C. § 1335 because: (a) it is a civil action in the nature of interpleader filed by corporations that issued policies of insurance with limits of $500 or more; (b) two or more of the

-18-

Sedgwick LLP

1 adverse Defendant-Claimants, of diverse citizenship, are claiming or may claim to
2 be entitled to any one or more of the benefits arising by virtue of the policies of
3 insurance; and (c) concurrently with the filing of this Complaint, or as soon
4 thereafter as possible, ACE and BRIT will deposit the amount of $303,691.93 into
5 the registry of the Court, there to abide the future order or judgment of the Court
6 with respect to the subject matter of the controversy.

7      3.     This Court also has subject matter jurisdiction under 28 U.S.C.
8 § 1332.  ACE CAPITAL LIMITED is a citizen of a foreign state, as it is
9 incorporated in the United Kingdom and has its principal place of business in
10 London, England.  ACE CAPITAL IV LIMITED is a citizen of a foreign state, as
11 it is incorporated in the United Kingdom and has its principal place of business in
12 London, England.  ACE CAPITAL V LIMITED is a citizen of a foreign state, as it
13 is incorporated in the United Kingdom and has its principal place of business in
14 London, England.  BRIT is a citizen of a foreign state, as it is incorporated in the
15 United Kingdom and has its principal place of business in London, England. None
16 of the Defendant-Claimants, whose citizenship is alleged in paragraphs 9 through
17 454, *infra*, are citizens or subjects of a foreign state.  The amount in controversy
18 exceeds $75,000, exclusive of costs and interest.

19               **II.**     **VENUE**

20      4.     Venue lies in the Eastern District of California pursuant to 28 U.S.C.
21 § 1397, in that Plaintiffs are informed and believes that Defendants EPLANNING,
22 INC. ("EPLANNING"), EPLANNING SECURITIES, INC. ("EPS"),
23 EPLANNING ADVISORS, INC. ("EPA"), CLIFFORD GAMBLE, SCOTT
24 HULTSMAN, LINDA SECHSER, TIMOTHY MENEZES, and JOHN
25 MITCHELL, among other Defendants, are residents of this judicial district.
26
27
28

SF/2715412v1
**COMPLAINT OF ACE CAPITAL LIMITED, ACE CAPITAL IV LIMITED, ACE CAPITAL V LIMITED
AND BRIT UW LIMITED IN THE NATURE OF INTERPLEADER**

Sedgwick LLP

### III.   <u>PARTIES</u>

**A.   <u>The Plaintiff-Insurers</u>**

5.     Plaintiff ACE CAPITAL LIMITED is incorporated in the United Kingdom and has its principal place of business in London, England.

6.     Plaintiff ACE CAPITAL IV LIMITED is incorporated in the United Kingdom and has its principal place of business in London, England.

7.     Plaintiff ACE CAPITAL V LIMITED is incorporated in the United Kingdom and has its principal place of business in London, England.

8.     Plaintiff BRIT is incorporated in the United Kingdom and has its principal place of business in London, England.

9.     ACE and BRIT will hereafter be referred to collectively as the "Plaintiff-Insurers."

10.     The Plaintiff-Insurers are the underwriters of the Securities Broker/Dealer Professional Liability Insurance, Policy No. 146/LDUSA0700785, issued to EPS, covering the period from September 1, 2007 to September 1, 2008 (the "E&O Policy").  A copy of the E&O Policy is attached as **Exhibit A**.  By contract endorsement, the E&O Policy was amended to change the policy number from 146/LDUSA0700785 to B0509QA106007, effective September 15, 2007.  A copy of the contract endorsement to the E&O Policy is attached as **Exhibit B**.

**B.   <u>The Defendant-Assureds</u>**

11.     Defendants EPLANNING, EPS, and EPA (collectively the "Defendant-Assureds") are incorporated in California and have their principal place of business in Roseville, California.

**C.    Defendant Directors, Officers, and Employees of the Defendant-Assureds**

12.    Defendant GARY ARMITAGE, was, at relevant times, a principal and registered representative of EPS who currently resides in Healdsburg, California.

13.    Defendant JEFFREY GUIDI was, at relevant times, a principal and registered representative of EPS who currently resides in Santa Rosa, California.

14.    Defendant CLIFFORD GAMBLE was, at all relevant times, an officer of EPS who currently resides in Sacramento, California.

15.    Defendant SCOTT HULTSMAN was, at relevant times, the former vice president of EPS who currently resides in Folsom, California.

16.    Defendant LINDA SECHSER was, at relevant times, the former vice president and chief compliance officer of EPS who currently resides in Truckee, California.

17.    Defendant TIMOTHY MENEZES was, at relevant times, the former chief financial officer of EPS who currently resides in Fair Oaks, California.

18.    Defendant IAN FILIPPINI was, at relevant times, a former registered representative of EPS who currently resides in Santa Barbara, California.

19.    Defendant LELAND S. PRUSSIA was, at relevant times, an officer and/or director of EPS who currently resides in either Aptos, California or Pasadena, California.

20.    Defendant JOSEPH VASSALLO was, at relevant times, an officer and/or director of EPS who currently resides in San Francisco, California.

**D.    Defendant Registered Representatives of the Defendant-Assureds**

21.    Defendant JOHN MITCHELL was, at relevant times, a registered representative of EPS who currently resides in Lincoln, California.

22.     Defendant JOHN J. MAYERHOFER was, at relevant times, a registered representative of EPS who currently resides in Oakland, California.

23.     Defendant MARK SWARTZ was, at relevant times, a registered representative of EPS who currently resides in Alameda, California.

**E.      Defendant-Claimants Adverse to the Defendant-Assureds and Their Directors, Officers, Employees, and Representatives**

24.     The individuals or entities described in paragraphs 25 through 446 *infra* will be referred to collectively as the "Defendant-Claimants."

***1.       The Anderson Defendant-Claimants***

25.     The individuals and/or entities described in paragraphs 26 through 151 *infra* will be referred to collectively as the "Anderson Defendant-Claimants."

26.     Defendant-Claimant HENRY JAMES ANDERSON, INDIVIDUALLY AND AS TRUSTEE OF THE 2004 HENRY JAMES ANDERSON REVOCABLE TRUST, is a resident and domiciliary of the State of California.

27.     Defendant-Claimant GUIDO B. ARECCO, INDIVUALLY AND AS TRUSTEE OF THE GUIDO B. ARECCO REVOCABLE TRUST, is a resident and domiciliary of the State of California.

28.     Defendant-Claimant SANDRA N. BARCLAY is a resident and domiciliary of the State of California.

29.     Defendant-Claimant BRIAN BARCLAY is a resident and domiciliary of the State of California.

30.     Defendant-Claimant JANE BARELLI, INDIVIDUALLY AND AS TRUSTEE OF HER IRA, RETIREMENT OR FAMILY TRUST, is a resident and domiciliary of the State of California.

31.     Defendant-Claimant ELAINE BECK, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO MAX BECK, is a resident and domiciliary of the State of California.

32.     Defendant-Claimant JAMES BJORGE is a resident and domiciliary of the State of California.

33.     Defendant-Claimant STEPHEN BOOTH, INDIVIUALLY AND AS TRUSTEE OF THE BOOTH 1989 FAMILY TRUST, is a resident and domiciliary of the State of California.

34.     Defendant-Claimant ANN K. BOOTH, INDIVIDUALLY AND AS TRUSTEE OF THE BOOTH 1989 FAMILY TRUST, is a resident and domiciliary of the State of California.

35.     Defendant-Claimant THOMAS CASEBIER is a resident and domiciliary of the State of California.

36.     Defendant-Claimant RITA CASEBIER is a resident and domiciliary of the State of California.

37.     Defendant-Claimant THERESA CHANNELL, INDIVIDUALLY AND ON BEHALF OF HER INDIVIDUAL IRA, is a resident and domiciliary of the State of California.

38.     Defendant-Claimant GAELEN W. COLE, INDIVIDUALLY AND AS TRUSTEE OF HIS TRUST(S), INCLUDING THE MICHELLE L. COLE DECLARATION OF TRUST, is a resident and domiciliary of the State of Texas.

39.     Defendant-Claimant MICHELLE L. COLE, INDIVIDUALLY AND AS TRUSTEE OF HER TRUST(S), INCLUDING THE MICHELLE L. COLE DECLARATION OF TRUST, is a resident and domiciliary of the State of Texas.

40.     Defendant-Claimant DIANE COLIVAS, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO HER FATHER, ALEXANDER WORICK, is a resident and domiciliary of the State of Idaho.

41.     Defendant-Claimant PATRICIA DEARMIN, INDIVIDUALLY AND AS TRUSTEE OF THE ROBERT M. AND PATRICIA DEARMIN TRUST, is a resident and domiciliary of the State of California.

42.     Defendant-Claimant ROBERT DEARMIN, INDIVIDUALLY AND AS TRUSTEE OF THE ROBERT M. AND PATRICIA DEARMIN TRUST, is a resident and domiciliary of the State of California.

43.     Defendant-Claimant VERNON A. DEXTER is a resident and domiciliary of the State of California.

44.     Defendant-Claimant SHARON L. DEXTER is a resident and domiciliary of the State of California.

45.     Defendant-Claimant JOANNE E. DUNCAN, INDIVIDUALLY AND AS TRUSTEE OF THE 2001 JOANNE E. DUNCAN REVOCABLE TRUST, is a resident and domiciliary of the State of California.

46.     Defendant-Claimant JOHN D. ESAKSON, INDIVIDUALLY AND AS TRUSTEE OF THE ESAKSON FAMILY TRUST DATED 12/7/94, is a resident and domiciliary of the State of California.

47.     Defendant-Claimant JOYCE E. ESAKSON, INDIVIDUALLY AND AS TRUSTEE OF THE ESAKSON FAMILY TRUST DATED 12/7/94, is a resident and domiciliary of the State of California.

48.     Defendant-Claimant ANDREW R. FINE, INDIVIDUALLY AND AS TRUSTEE OF HIS IRA, is a resident and domiciliary of the State of California.

49.     Defendant-Claimant JOHN J. FISHER, INDIVIDUALLY AND AS TRUSTEE OF THE FISHER LIVING TRUST DATED 8/6/97, is a resident and domiciliary of the State of California.

50.     Defendant-Claimant ALICE M. FISHER, INDIVIDUALLY AND AS TRUSTEE OF THE FISHER LIVING TRUST DATED 8/6/97, is a resident and domiciliary of the State of California.

SF/2715412v1

-24-

COMPLAINT OF ACE CAPITAL LIMITED, ACE CAPITAL IV LIMITED, ACE CAPITAL V LIMITED
AND BRIT UW LIMITED IN THE NATURE OF INTERPLEADER

51.     Defendant-Claimant PAUL FREESE is a resident and domiciliary of the State of California.

52.     Defendant-Claimant DENNIS H. FURBY, INDIVIDUALLY AND AS TRUSTEE OF THE FURBY FAMILY TRUST DATED 06/27/00, is a resident and domiciliary of the State of California.

53.     Defendant-Claimant JANET C. FURBY, INDIVIDUALLY AND AS TRUSTEE OF THE FURBY FAMILY TRUST DATED 06/27/00, is a resident and domiciliary of the State of California.

54.     Defendant-Claimant JOHN GARDNER is a resident and domiciliary of the State of California.

55.     Defendant-Claimant CYNTHIA GARDNER is a resident and domiciliary of the State of California.

56.     Defendant-Claimant FRANK A. GERACI, INDIVIDUALLY AND AS TRUSTEE OF THE FRANK A. AND CONSTANCE L. GERACI TRUST, is a resident and domiciliary of the State of California.

57.     Defendant-Claimant CONSTANCE L. GERACI, INDIVIDUALLY AND AS TRUSTEE OF THE FRANK A. AND CONSTANCE L. GERACI TRUST, is a resident and domiciliary of the State of California.

58.     Defendant-Claimant ALLEN J. GOODMANSON, INDIVIDUALLY AND AS TRUSTEE OF HIS IRA, RETIREMENT OR FAMILY TRUST, is a resident and domiciliary of the State of California.

59.     Defendant-Claimant KAY GOODMANSON, INDIVIDUALLY AND AS TRUSTEE OF HER IRA, RETIREMENT OR FAMILY TRUST, is a resident and domiciliary of the State of California.

60.     Defendant-Claimant CAROL GREEN is a resident and domiciliary of the State of California.

61.     Defendant-Claimant JOHN C. GREEN is a resident and domiciliary of the State of California.

62.     Defendant-Claimant VIRGINIA M. GRUBER, INDIVIDUALLY AND AS TRUSTEE OF THE VIRGINIA M. GRUBER REVOCABLE TRUST, is a resident and domiciliary of the State of California.

63.     Defendant-Claimant LYNDA F. HAMILTON, INDIVIDUALLY AND AS TRUSTEE OF THE NORMAN P. HAMILTON IRA, is a resident and domiciliary of the State of Texas.

64.     Defendant-Claimant NORMAN P. HAMILTON, INDIVIDUALLY AND AS TRUSTEE OF THE NORMAN P. HAMILTON IRA, is a resident and domiciliary of the State of Texas.

65.     Defendant-Claimant DEANNA J. HANKS, INDIVIDUALLY AND AS TRUSTEE OF HER IRA, RETIREMENT OR FAMILY TRUST, is a resident and domiciliary of the State of California.

66.     Defendant-Claimant CHARLES M. HARTWIG, INDIVIDUALLY AND AS TRUSTEE OF HIS IRA, RETIREMENT OR FAMILY TRUST, is a resident and domiciliary of the State of California.

67.     Defendant-Claimant DORIS HARTWIG, INDIVIDUALLY AND AS TRUSTEE OF HER IRA, RETIREMENT OR FAMILY TRUST, is a resident and domiciliary of the State of California.

68.     Defendant-Claimant PHILLIP A. HORTON, INDIVIDUALLY AND AS TRUSTEE OF THE HORTON FAMILY TRUST DATED 2/8/94 AND THE WENDY A. HORTON IRA, is a resident and domiciliary of the State of California.

69.     Defendant-Claimant WENDY E. HORTON, INDIVIDUALLY AND AS TRUSTEE OF THE HORTON FAMILY TRUST DATED 2/8/94 AND THE

WENDY A. HORTON IRA, is a resident and domiciliary of the State of California.

70.     Defendant-Claimant PAUL E. HOUGH is a resident and domiciliary of the State of California.

71.     Defendant-Claimant SUSAN HOUGH is a resident and domiciliary of the State of California.

72.     Defendant-Claimant LAWRENCE E. HOWERTON, INDIVIDUALLY AND AS TRUSTEE OF THE HOWERTON FAMILY REVOCABLE TRUST DATED 10/02/04 AND THE LAWRENCE HOWERTON IRA, is a resident and domiciliary of the State of California.

73.     Defendant-Claimant LYNDA HOWERTON, INDIVIDUALLY AND AS TRUSTEE OF THE HOWERTON FAMILY REVOCABLE TRUST DATED 10/02/04 AND THE LAWRENCE HOWERTON IRA, is a resident and domiciliary of the State of California.

74.     Defendant-Claimant JEANNINE JACOBS is a resident and domiciliary of the State of California.

75.     Defendant-Claimant MAX JOHNSON, INDIVIDUALLY AND AS TRUSTEE OF HIS IRA, is a resident and domiciliary of the State of California.

76.     Defendant-Claimant MARIA A. JOHNSON, INDIVIDUALLY AND AS TRUSTEE OF HER IRA, is a resident and domiciliary of the State of California.

77.     Defendant-Claimant CHRISTOPHER J.G. JONES, INDIVIDUALLY AND AS TRUSTEE OF THE CHRISTOPHER J.G. JONES AND SHARON MURRAY JONES TRUST(S) DATED 11/10/94 and/or 11/10/04, is a resident and domiciliary of the State of California.

78.     Defendant-Claimant SHARON JONES, INDIVIDUALLY AND AS TRUSTEE OF THE CHRISTOPHER J.G. JONES AND SHARON MURRAY

JONES TRUSTS DATED 11/10/94 and/or 11/10/04, is a resident and domiciliary of the State of California.

79.     Defendant-Claimant SUSAN JOYCE, INDIVIDUALLY AND AS TRUSTEE OF THE SUSAN JOYCE REVOCABLE TRUST DATED 5/11/06, AND ON BEHALF OF JOYCE PRINTING, INC., is a resident and domiciliary of the State of California.

80.     Defendant-Claimant JOYCE PRINTING, INC. is a dissolved corporation organized pursuant to the laws of the State of California.

81.     Defendant-Claimant ROBERT JUENGLING, INDIVIDUALLY AND AS TRUSTEE OF THE ROBERT AND GISELA JUENGLING LIVING TRUST DATED 8/92, is a resident and domiciliary of the State of California.

82.     Defendant-Claimant GISELA E. JEUNGLING, INDIVIDUALLY AND AS TRUSTEE OF THE ROBERT AND GISELA JUENGLING LIVING TRUST DATED 8/92, is a resident and domiciliary of the State of California.

83.     Defendant-Claimant JAY J. KERZNER, INDIVIDUALLY AND AS TRUSTEE OF THE JAY J. KERZNER 1998 REVOCABLE TRUST, is a resident and domiciliary of the State of California.

84.     Defendant-Claimant DAVID L. KOEHN is a resident and domiciliary of the State of California.

85.     Defendant-Claimant HEIDI KORHUMMEL, INDIVIDUALLY AND AS TRUSTEE OF HER IRA, RETIREMENT OR FAMILY TRUST, is a resident and domiciliary of the State of California.

86.     Defendant-Claimant ROBERT KORHUMMEL, INDIVIDUALLY AND AS TRUSTEE OF HIS IRA, RETIREMENT OR FAMILY TRUST, is a resident and domiciliary of the State of California.

87.     Defendant-Claimant STEFFEN KUEHN is a resident and domiciliary of the State of California.

88.    Defendant-Claimant JAMES LAGO, INDIVIDUALLY AND ON BEHALF OF HEALDSBURG SIGNS, INC., is a resident and domiciliary of the State of California.

89.    Defendant-Claimant TAMI LAGO, INDIVIDUALLY AND ON BEHALF OF HEALDSBURG SIGNS, INC., is a resident and domiciliary of the State of California.

90.    Defendant-Claimant HEALDSBURG SIGNS, INC. is a corporation organized pursuant to the laws of the State of California.

91.    Defendant-Claimant DENNIS K. LARSON, INDIVIDUALLY AND AS TRUSTEE OF THE DENNIS K. AND PAT LARSON REVOCABLE LIVING TRUST, is a resident and domiciliary of the State of Oregon.

92.    Defendant-Claimant PATRICIA LARSON, INDIVIDUALLY AND AS TRUSTEE OF THE DENNIS K. AND PAT LARSON REVOCABLE LIVING TRUST, is a resident and domiciliary of the State of Oregon.

93.    Defendant-Claimant RONALD LARSON, INDIVIDUALLY AND AS TRUSTEE OF HIS IRA, RETIREMENT OR FAMILY TRUST, is a resident and domiciliary of the State of California.

94.    Defendant-Claimant MARILYN M. LAUGHRIDGE, INDIVIDUALLY AND AS TRUSTEE OF HER IRA, is a resident and domiciliary of the State of California.

95.    Defendant-Claimant MARY ANN LEE, INDIVIDUALLY AND AS TRUSTEE OF THE 2006 CHARLES E. LEE AND MARY ANN LEE REVOCABLE TRUST, is a resident and domiciliary of the State of California.

96.    Defendant-Claimant CHARLES E. LEE, INDIVIDUALLY AND AS TRUSTEE OF THE 2006 CHARLES E. LEE AND MARY ANN LEE REVOCABLE TRUST, is a resident and domiciliary of the State of California.

97. Defendant-Claimant MERRILY H. LEE, INDIVIDUALLY AND AS TRUSTEE OF THE HERBERT AND MERRILY LEE REVOCABLE TRUST, is a resident and domiciliary of the State of California.

98. Defendant-Claimant MARY LEKICH, ON BEHALF OF MARY MILLER, is a resident and domiciliary of the State of California.

99. Defendant-Claimant LORRAINE LENDER, INDIVIDUALLY AND AS TRUSTEE OF THE LORRAINE J. LENDER REVOCABLE TRUST, is a resident and domiciliary of the State of California.

100. Defendant-Claimant ELIZABETH A. LISMER, INDIVIDUALLY AND AS TRUSTEE OF HER IRA, RETIREMENT OR FAMILY TRUST, is a resident and domiciliary of the State of California.

101. Defendant-Claimant PETER W. LISMER, INDIVIDUALLY AND AS TRUSTEE OF HIS IRA, RETIREMENT OR FAMILY TRUST, is a resident and domiciliary of the State of California.

102. Defendant-Claimant DIANE L. MAXWELL, INDIVIDUALLY AND AS TRUSTEE OF THE CLIFTON FAMILY TRUST DATED 04/09/85, is a resident and domiciliary of the State of California.

103. Defendant-Claimant ELAINE LOGAN MEIN, INDIVIDUALLY AND AS TRUSTEE OF THE G. E. MEIN REVOCABLE TRUST DATED 04/04/90 and/or THE GARDNER W. MEIN AND ELAINE LOGAN MEIN REVOCABLE TRUST, is a resident and domiciliary of the State of California.

104. Defendant-Claimant GARDNER W. MEIN, INDIVIDUALLY AND AS TRUSTEE OF THE G. E. MEIN REVOCABLE TRUST DATED 04/04/90 and/or THE GARDNER W. MEIN AND ELAINE LOGAN MEIN REVOCABLE TRUST, is a resident and domiciliary of the State of California.

105. Defendant-Claimant DANA MEYER is a resident and domiciliary of the State of California.

106.   Defendant-Claimant GLEN MEYER is a resident and domiciliary of the State of California.

107.   Defendant-Claimant LORRAINE MILES, INDIVIDUALLY AND AS TRUSTEE OF HER IRA, RETIREMENT OR FAMILY TRUST, is a resident and domiciliary of the State of California.

108.   Defendant-Claimant MELUDI MILES, INDIVIDUALLY AND AS TRUSTEE OF HIS IRA, RETIREMENT OR FAMILY TRUST, is a resident and domiciliary of the State of California.

109.   Defendant-Claimant ARNIE G. MOORE, INDIVIDUALLY AND AS TRUSTEE OF HIS IRA, RETIREMENT OR FAMILY TRUST, is a resident and domiciliary of the State of California.

110.   Defendant-Claimant KELLIE MOORE, INDIVIDUALLY AND AS TRUSTEE OF HER IRA, RETIREMENT OR FAMILY TRUST, is a resident and domiciliary of the State of California.

111.   Defendant-Claimant ELIZABETH H. MORA, INDIVIDUALLY AND AS TRUSTEE OF THE ELIZABETH H. MORA REVOCABLE TRUST DATED 10/21/97, is a resident and domiciliary of the State of California.

112.   Defendant-Claimant GIOVANNI NENCINI currently resides in Italy, but continues to be a citizen and domiciliary of the State of California.

113.   Defendant-Claimant KAREN K. NENCINI, INDIVIDUALLY AND AS TRUSTEE OF THE NENCINI SURVIVORS TRUST AND THE NENCINI SHELTER TRUST DATED 2/29/96, is a resident and domiciliary of the State of California.

114.   Defendant-Claimant AMIR NIUFAR, INDIVIDUALLY AND AS TRUSTEE OF THE AMIR MANSUR & LORETTA KUHN NIUFAR REVOCABLE TRUST, is a resident and domiciliary of the State of California.

115.   Defendant-Claimant LORETTA NIUFAR, INDIVIDUALLY AND AS TRUSTEE OF THE AMIR MANSUR & LORETTA KUHN NIUFAR REVOCABLE TRUST, is a resident and domiciliary of the State of California.

116.   Defendant-Claimant BRENDA OWEN is a resident and domiciliary of the State of Oregon.

117.   Defendant-Claimant BRUCE PAYNE, INDIVIDUALLY AND AS TRUSTEE OF THE BRUCE AND BERNADETTE PAYNE REVOCABLE TRUST, is a resident and domiciliary of the State of California.

118.   Defendant-Claimant BERNADETTE PAYNE, INDIVIDUALLY AND AS TRUSTEE OF THE BRUCE AND BERNADETTE PAYNE REVOCABLE TRUST AND OF THE WALTER OLIVAS SPECIAL NEEDS TRUST, is a resident and domiciliary of the State of California.

119.   Defendant-Claimant JAMES P. PEKKAIN, INDIVIDUALLY AND AS TRUSTEE OF THE PEKKAIN LIVING TRUST, is a resident and domiciliary of the State of California.

120.   Defendant-Claimant GISELE PEKKAIN, INDIVIDUALLY AND AS TRUSTEE OF THE PEKKAIN LIVING TRUST, is a resident and domiciliary of the State of California.

121.   Defendant-Claimant DANIEL R. PETERSON is a resident and domiciliary of the State of California.

122.   Defendant-Claimant MARIA F. PETERSON is a resident and domiciliary of the State of California.

123.   Defendant-Claimant BERRY W. PEVEY is a resident and domiciliary of the State of California.

124.   Defendant-Claimant OLIANA POLICICCHIO, TRUSTEE OF THE DELSI DECEDENTS TRUST, THE DELSI SURVIVORS TRUST AND THE OLIANA POLICICCHIO TRUST, AND AS THE PRINCIPAL FOR HER

1  AGENT, PIA BROWN, WHO HAS HER POWER OF ATTORNEY, is a resident

2  and domiciliary of the State of Michigan.

3    125. Defendant-Claimant SUE ZEE POINSETT, INVIDIAULLY AND

4  AS TRUSTEE OF THE SUE ZEE POINSETT REVOCABLE TRUST DATED

5  12/11/02, is a resident and domiciliary of the State of California.

6    126. Defendant-Claimant GAYLE A. POWERS is a resident and

7  domiciliary of the State of California.

8    127. Defendant-Claimant SUSAN L. PRICCO is a resident and domiciliary

9  of the State of California.

10    128. Defendant-Claimant JAMES C. RILEY is a resident and domiciliary

11  of the State of California.

12    129. Defendant-Claimant VICTORIA RILEY is a resident and domiciliary

13  of the State of California.

14    130. Defendant-Claimant BENNIE A. ROSE is a resident and domiciliary

15  of the State of California.

16    131. Defendant-Claimant STEVEN L. ROSS, INDIVIDUALLY AND AS

17  TRUSTEE OF THE 1996 STEVEN L. ROSS AND JULEEN KARIGER ROSS

18  REVOCABLE TRUST, is a resident and domiciliary of the State of Arizona.

19    132. Defendant-Claimant JULEEN K. ROSS, INDIVIDUALLY AND AS

20  TRUSTEE OF THE 1996 STEVEN L. ROSS AND JULEEN KARIGER ROSS

21  REVOCABLE TRUST, is a resident and domiciliary of the State of Arizona.

22    133. Defendant-Claimant RICHARD SAMARAS, INDIVIDUALLY AND

23  AS TRUSTEE OF THE SAMARAS FAMILY TRUST DATED 9/10/99, is a

24  resident and domiciliary of the State of California.

25    134. Defendant-Claimant HOPE SAMARAS, INDIVIDUALLY AND AS

26  TRUSTEE OF THE SAMARAS FAMILY TRUST DATED 9/10/99, is a resident

27  and domiciliary of the State of California.

28

Sedgwick LLP

135.   Defendant-Claimant PAUL SHECKLER, INDIVIDUALLY AND AS TRUSTEE OF THE PAUL AND KAY SCHECKLER FAMILY TRUST, AS AMENDED 06/10/04, is a resident and domiciliary of the State of California.

136.   Defendant-Claimant KAY SHECKLER, INDIVIDUALLY AND AS TRUSTEE OF THE PAUL AND KAY SCHECKLER FAMILY TRUST, AS AMENDED 06/10/04, is a resident and domiciliary of the State of California.

137.   Defendant-Claimant LOUIS SIEGERT, INDIVIDUALLY AND AS TRUSTEE OF THE LOUIS & MARY SIEGERT FAMILY TRUST DATED 9/13/91, is a resident and domiciliary of the State of California.

138.   Defendant-Claimant MARY SIEGERT, INDIVIDUALLY AND AS TRUSTEE OF THE LOUIS & MARY SIEGERT FAMILY TRUST DATED 9/13/91, is a resident and domiciliary of the State of California.

139.   Defendant-Claimant EDWARD R. STEIGER is a resident and domiciliary of the State of California.

140.   Defendant-Claimant JOAN STEIGER is a resident and domiciliary of the State of California.

141.   Defendant-Claimant MABEL M. TERRY, INDIVIDUALLY AND AS TRUSTEE OF THE MABEL M. TERRY REVOCABLE TRUST, is a resident and domiciliary of the State of California.

142.   Defendant-Claimant JOHN THOMAS is a resident and domiciliary of the State of California.

143.   Defendant-Claimant ANN THOMAS is a resident and domiciliary of the State of California.

144.   Defendant-Claimant LINDA L. TRAPANESE, INDIVIDUALLY AND AS TRUSTEE OF THE LINDA L. TRAPANESE REVOCABLE TRUST DATED 09/13/04, is a resident and domiciliary of the State of California.

145.   Defendant-Claimant SHARON L. WAITE, INDIVIDUALLY AND AS TRUSTEE OF THE SHARON L. WAITE TRUST OF 2003, is a resident and domiciliary of the State of Oregon.

146.   Defendant-Claimant LESLIE WEAVER (FORMERLY SANTUCCI) is a resident and domiciliary of the State of California.

147.   Defendant-Claimant DIANE E. WELCH, INDIVIDUALLY AND AS TRUSTEE OF THE GERALD S. WELCH AND DIANE E. WELCH LIVING TRUST DATED 05/02/96, is a resident and domiciliary of the State of California.

148.   Defendant-Claimant GERALD S. WELCH, INDIVIDUALLY AND AS TRUSTEE OF THE GERALD S. WELCH AND DIANE E. WELCH LIVING TRUST DATED 05/02/96, is a resident and domiciliary of the State of California.

149.   Defendant-Claimant CAREY-LYNN WELCH is a resident and domiciliary of the State of California.

150.   Defendant-Claimant JACK W. WHITE is a resident and domiciliary of the State of California.

151.   Defendant-Claimant TAMARA QUINLIN-WHITE is a resident and domiciliary of the State of California.

**2.**      ***The Jamison Defendant-Claimants***

152.   The individuals and/or entities described in paragraphs 153 through 198 *infra* will be referred to collectively as the "Jamison Defendant-Claimants."

153.   Defendant-Claimant WILLIAM JAMISON is a resident and domiciliary of the State of California.

154.   Defendant-Claimant GEORGE SULLIVAN is a resident and domiciliary of the State of California.

155.   Defendant-Claimant JOAN SULLIVAN is a resident and domiciliary of the State of California.

156.   Defendant-Claimant LYNN LUTHI is a resident and domiciliary of the State of California.

157.   Defendant-Claimant LINDA J. BEESON is a resident and domiciliary of the State of California.

158.   Defendant-Claimant WESLEY C. BEESON is a resident and domiciliary of the State of California.

159.   Defendant-Claimant PAUL BLAKE is a resident and domiciliary of the State of California.

160.   Defendant-Claimant MERYLEE BOES is a resident and domiciliary of the State of California.

161.   Defendant-Claimant WYNN BOES is a resident and domiciliary of the State of California.

162.   Defendant-Claimant IRENE S. BROOKS is a resident and domiciliary of the State of California.

163.   Defendant-Claimant JAMES F. DERR is a resident and domiciliary of the State of California.

164.   Defendant-Claimant TERESA J. DERR is a resident and domiciliary of the State of California.

165.   Defendant-Claimant MARTA DZAJA is a resident and domiciliary of the State of California.

166.   Defendant-Claimant MARKO DZAJA is a resident and domiciliary of the State of California.

167.   Defendant-Claimant TONY ESTES, INDIVIDUALLY AND AS TRUSTEE OF THE TONY M. ESTES AND MARY E. ESTES TRUST, is a resident and domiciliary of the State of California.

168.   Defendant-Claimant MARY ESTES, INDIVIDUALLY AND AS TRUSTEE OF THE TONY M. ESTES AND MARY E. ESTES TRUST, is a resident and domiciliary of the State of California.

169.   Defendant-Claimant DAVID E. FORSMAN is a resident and domiciliary of the State of California.

170.   Defendant-Claimant WILLIAM F. FRANK, JR., INDIVIDUALLY AND AS TRUSTEE OF THE WILLIAM F. FRANK, JR. TRUST DATED MAY 8, 1995, is a resident and domiciliary of the State of California.

171.   Defendant-Claimant THOMAS HOBBS, INDIVIDUALLY AND AS TRUSTEE OF THE HOBBS FAMILY TRUST, is a resident and domiciliary of the State of California.

172.   Defendant-Claimant ANN HOBBS, INDIVIDUALLY AND AS TRUSTEE OF THE HOBBS FAMILY TRUST, is a resident and domiciliary of the State of California.

173.   Defendant-Claimant RONALD E. JOHNSON is a resident and domiciliary of the State of California.

174.   Defendant-Claimant SANDRA G. JOHNSON is a resident and domiciliary of the State of California.

175.   Defendant-Claimant KAY KERRIDEN is a resident and domiciliary of the State of California.

176.   Defendant-Claimant DAVID L. KOEHN is a resident and domiciliary of the State of California.

177.   Defendant-Claimant TERRI L. THOMPSON is a resident and domiciliary of the State of California.

178.   CHESTER L. KUEHL, SUCCEEDED BY THE ESTATE OF CHESTER L. KUEHL, JR., was a resident and domiciliary of the State of California.

179.   Defendant-Claimant DAVID J. LOVELY, INDIVIDUALLY AND AS TRUSTEE OF THE 2005 DAVID J. LOVELY AND DAPHNE J. LOVELY REVOCABLE TRUST, is a resident and domiciliary of the State of New Hampshire.

180.   Defendant-Claimant DAPHNE J. LOVELY, INDIVIDUALLY AND AS TRUSTEE OF THE 2005 DAVID J. LOVELY AND DAPHNE J. LOVELY REVOCABLE TRUST, is a resident and domiciliary of the State of New Hampshire.

181.   DORIS I. MANEKE, SUCCEEDED BY THE ESTATE OF DORIS I. MANEKE, was a resident and domiciliary of the State of California.

182.   Defendant-Claimant CAROL A. MEIGS, INDIVIDUALLY AND ON BEHALF OF 1997 NORMAN MEIGS AND CAROLYN A. MEIGS REVOCABLE TRUST DATED JULY 21, 1997, is a resident and domiciliary of the State of California.

183.   Defendant-Claimant ANGELA NIETO is a resident and domiciliary of the State of California.

184.   Defendant-Claimant JESS NIETO is a resident and domiciliary of the State of California.

185.   Defendant-Claimant WILLIAM C. POTTER is a resident and domiciliary of the State of California.

186.   Defendant-Claimant MURIEL E. POTTER is a resident and domiciliary of the State of California.

187.   Defendant-Claimant PHILLIP L. RHODE is a resident and domiciliary of the State of Indiana.

188.   Defendant-Claimant GENEVIEVE SCHIEFER is a resident and domiciliary of the State of California.

189. Defendant-Claimant CHARLES R. SMITH is a resident and domiciliary of the State of California.

190. Defendant-Claimant ELEANOR G. SMITH is a resident and domiciliary of the State of California.

191. Defendant-Claimant ROBERT L. SUNDERLAND is a resident and domiciliary of the State of California.

192. Defendant-Claimant DILLA A. SUNDERLAND is a resident and domiciliary of the State of California.

193. Defendant-Claimant RAY A. SWANSON, INDIVIDUALLY AND AS TRUSTEE OF THE 1997 RAY A. SWANSON AND FRANCES C. SWANSON REVOCABLE TRUST, is a resident and domiciliary of the State of California.

194. Defendant-Claimant FRANCES C. SWANSON, INDIVIDUALLY AND AS TRUSTEE OF THE 1997 RAY A. SWANSON AND FRANCES C. SWANSON REVOCABLE TRUST, is a resident and domiciliary of the State of California.

195. Defendant-Claimant LARRY TIMMONS is a resident and domiciliary of the State of California.

196. Defendant-Claimant TERESA TIMMONS is a resident and domiciliary of the State of California.

197. Defendant-Claimant DAVID H. VEITH, INDIVIDUALLY AND AS TRUSTEE OF THE 2000 DAVID H. VEITH AND GLORIA L. VEITH REVOCABLE TRUST UA DATED 7/11/2000, is a resident and domiciliary of the State of California.

198. Defendant-Claimant LINDA ZANKO is a resident and domiciliary of the State of California.

### 3.    *The Nowacki Defendant-Claimants*

199.   The individuals and/or entities described in paragraphs 200 through 211 *infra* will be referred to collectively as the "Nowacki Defendant-Claimants."

200.   Defendant-Claimant DEAN G. NOWACKI, INDIVIDUALLY AND AS TRUSTEE OF THE NOWACKI FAMILY TRUST DATED 5/25/05, is a resident and domiciliary of the State of California.

201.   Defendant-Claimant SUSAN M. NOWACKI, INDIVIDUALLY AND AS TRUSTEE OF THE NOWACKI FAMILY TRUST DATED 5/25/05, is a resident and domiciliary of the State of California.

202.   Defendant-Claimant AREI NEWHALL 23, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is THE NOWACKI FAMILY TRUST DATED 5/25/05, the Trustees of which are Dean G. Nowacki, a resident and domiciliary of the State of California, and Susan M. Nowacki, a resident and domiciliary of the State of California.

203.   Defendant-Claimant JOHN F. PARDELLA, INDIVIDUALLY AND AS TRUSTEE OF THE JOHN F. PARDELLA AND CAROLE M. PARDELLA REVOCABLE TRUST DATED 11/12/96, is a resident and domiciliary of the State of California.

204.   Defendant-Claimant CAROLE M. PARDELLA, INDIVIDUALLY AND AS TRUSTEE OF THE JOHN F. PARDELLA AND CAROLE M. PARDELLA REVOCABLE TRUST DATED 11/12/96, is a resident and domiciliary of the State of California.

205.   Defendant-Claimant AREI NEWHALL 21, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is THE JOHN F. PARDELLA AND CAROLE M. PARDELLA REVOCABLE TRUST DATED 11/12/96, the Trustees of which are John F. Pardella, a resident

and domiciliary of the State of California, and Carole M. Pardella, a resident and domiciliary of the State of California.

206.   Defendant-Claimant GREG SABOURIN is a resident and domiciliary of the State of California.

207.   Defendant-Claimant AMY SABOURIN is a resident and domiciliary of the State of California.

208.   Defendant-Claimant ROBERT L. KING, INDIVIDUALLY AND AS TRUSTEE OF THE 2003 ROBERT L. KING AND LINDA KEATING KING REVOCABLE TRUST, is a resident and domiciliary of the State of California.

209.   Defendant-Claimant LINDA K. KING, INDIVIDUALLY AND AS TRUSTEE OF THE 2003 ROBERT L. KING AND LINDA KEATING KING REVOCABLE TRUST, is a resident and domiciliary of the State of California.

210.   Defendant-Claimant WILLIAM L. DENNY is a resident and domiciliary of the State of Colorado.

211.   Defendant-Claimant DENISE E. DENNY is a resident and domiciliary of the State of Colorado.

**4.** ***The Oakdale Heights Defendant-Claimants***

212.   The individuals and/or entities described in paragraphs 213 through 259 *infra* will be referred to collectively as the "Oakdale Heights Defendant-Claimants."

213.   Defendant-Claimant OAKDALE HEIGHTS REDDING 1, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is Stefan Giustino, a resident and domiciliary of the State of California.

214.   Defendant-Claimant OAKDALE HEIGHTS REDDING 2, LLC is a limited liability company organized under the laws of the State of Delaware, the members of which are Allan P. Fishbein, a resident and domiciliary of the State of

California, and Anne E. Fishbein, a resident and domiciliary of the State of California.

215.   Defendant-Claimant OAKDALE HEIGHTS REDDING 3, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is Monte McKinnon, a resident and domiciliary of the State of Utah.

216.   Defendant-Claimant OAKDALE HEIGHTS REDDING 4, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is Ranae McKinnon, a resident and domiciliary of the State of Utah.

217.   Defendant-Claimant OAKDALE HEIGHTS REDDING 5, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is David B. Compass, a resident and domiciliary of the State of Utah.

218.   Defendant-Claimant OAKDALE HEIGHTS REDDING 6, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is Kandice F. Compass, a resident and domiciliary of the State of Utah.

219.   Defendant-Claimant OAKDALE HEIGHTS REDDING 7, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is Steven Ross, a resident and domiciliary of the State of Utah.

220.   Defendant-Claimant OAKDALE HEIGHTS REDDING 8, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is Teresa Hicks, a resident and domiciliary of the State of Utah.

221.   Defendant-Claimant OAKDALE HEIGHTS REDDING 9, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is Harold Patrick, a resident and domiciliary of the State of Utah.

222.   Defendant-Claimant OAKDALE HEIGHTS REDDING 10, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is Pamela Patrick, a resident and domiciliary of the State of Utah.

223.   Defendant-Claimant OAKDALE HEIGHTS REDDING 11, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is Carol A. Thole, a resident and domiciliary of the State of California.

224.   Defendant-Claimant OAKDALE HEIGHTS REDDING 12, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is Egil A. Okstad, a resident and domiciliary of the State of California.

225.   Defendant-Claimant OAKDALE HEIGHTS REDDING 13, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is Joseph Burum, a resident and domiciliary of the State of Utah.

226.   Defendant-Claimant OAKDALE HEIGHTS REDDING 14, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is The Cutler Family Living Trust, the Trustees of which are V. Blaine Cutler, a resident and domiciliary of the State of Utah, and Judy A. Cutler, a resident and domiciliary of the State of Utah.

227.   Defendant-Claimant OAKDALE HEIGHTS REDDING 15, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is Hazel A. Taylor, a resident and domiciliary of the State of California.

228.   Defendant-Claimant STEFAN GIUSTINO is a resident and domiciliary of the State of California.

229.   Defendant-Claimant ALLAN P. FISHBEIN is a resident and domiciliary of the State of California.

230.   Defendant-Claimant ANNE E. FISHBEIN is a resident and domiciliary of the State of California.

231.   Defendant-Claimant MONTE McKINNON is a resident and domiciliary of the State of Utah.

232.   Defendant-Claimant RANAE McKINNON is a resident and domiciliary of the State of Utah.

233.   Defendant-Claimant DAVID B. COMPASS is a resident and domiciliary of the State of Utah.

234.   Defendant-Claimant KANDICE F. COMPASS is a resident and domiciliary of the State of Utah.

235.   Defendant-Claimant STEVEN ROSS is a resident and domiciliary of the State of Utah.

236.   Defendant-Claimant TERESA HICKS is a resident and domiciliary of the State of Utah.

237.   Defendant-Claimant HAROLD PATRICK is a resident and domiciliary of the State of Utah.

238.   Defendant-Claimant PAMELA PATRICK is a resident and domiciliary of the State of Utah.

239.   Defendant-Claimant CAROL A. THOLE is a resident and domiciliary of the State of California.

240.   Defendant-Claimant EGIL A. OKSTAD is a resident and domiciliary of the State of California.

241.   Defendant-Claimant JOSEPH BURUM is a resident and domiciliary of the State of Utah.

242.   Defendant-Claimant V. BLAINE CUTLER, INDIVIDUALLY AND AS TRUSTEE OF THE CUTLER FAMILY LIVING TRUST, is a resident and domiciliary of the State of Utah.

243.   Defendant-Claimant JUDY A. CUTLER, INDIVIDUALLY AND AS TRUSTEE OF THE CUTLER FAMILY LIVING TRUST, is a resident and domiciliary of the State of Utah.

244.   Defendant-Claimant HAZEL A. TAYLOR is a resident and domiciliary of the State of California.

245.   Defendant-Claimant SIERRA OAKS REDDING 1, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is The Purcell Family Trust, the Trustees of which are Earl J. Purcell, a resident and domiciliary of the State of California, and Suzanne J. Purcell, a resident and domiciliary of the State of California.

246.   Defendant-Claimant SIERRA OAKS REDDING 2, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is Stefan Giustino, a resident and domiciliary of the State of California.

247.   Defendant-Claimant SIERRA OAKS REDDING 3, LLC is a limited liability company organized under the laws of the State of Delaware, the members of which are Roderick Brathwaite, a resident and domiciliary of the State of California, and Colleen Brathwaite, a resident and domiciliary of the State of California.

248.   Defendant-Claimant SIERRA OAKS REDDING 4, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is The Alan Marney and Jeri Friedman Marney Trust, the Trustee of which is Alan Marney, a resident and domiciliary of the State of California.

249.   Defendant-Claimant SIERRA OAKS REDDING 5, LLC is a limited liability company organized under the laws of the State of Delaware, the members

of which are Ernest Ongaro, a resident and domiciliary of the State of California, and Debra Ongaro, a resident and domiciliary of the State of California.

250.   Defendant-Claimant SIERRA OAKS REDDING 6, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is The Cutler Family Living Trust, the Trustees of which are V. Blaine Cutler, a resident and domiciliary of the State of Utah, and Judy A. Cutler, a resident and domiciliary of the State of Utah.

251.   Defendant-Claimant SIERRA OAKS REDDING 7, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is Gilbert Kjorstad, a resident and domiciliary of the State of Minnesota.

252.   Defendant-Claimant EARL J. PURCELL, INDIVIDUALLY AND AS TRUSTEE OF THE PURCELL FAMILY TRUST, is a resident and domiciliary of the State of California.

253.   Defendant-Claimant SUZANNE J. PURCELL, INDIVIDUALLY AND AS TRUSTEE OF THE PURCELL FAMILY TRUST, is a resident and domiciliary of the State of California.

254.   Defendant-Claimant RODERICK BRATHWAITE is a resident and domiciliary of the State of California.

255.   Defendant-Claimant COLLEEN BRATHWAITE is a resident and domiciliary of the State of California.

256.   Defendant-Claimant ALAN MARNEY, INDIVIDUALLY AND AS TRUSTEE OF THE ALAN MARNEY AND JERI FRIEDMAN MARNEY TRUST, is a resident and domiciliary of the State of California.

257.   Defendant-Claimant ERNEST ONGARO is a resident and domiciliary of the State of California.

258.   Defendant-Claimant DEBRA ONGARO is a resident and domiciliary of the State of California.

259.   Defendant-Claimant GILBERT KJORSTAD is a resident and domiciliary of the State of Minnesota.

**5.**     ***The Roseville Defendant-Claimants***

260.   The individuals and/or entities described in paragraphs 261 through 292 *infra* will be referred to collectively as the "Roseville Defendant-Claimants."

261.   Defendant-Claimant ROSEVILLE CAPITAL RESOURCES, LLC is a limited liability company organized under the laws of the State of Delaware, the members of which are Rosemarie Higgs-Siler, a resident and domiciliary of the State of California; Ron Larson, a resident and domiciliary of the State of California; Andrew Fine, a resident and domiciliary of the State of California; Susan Joyce, a resident and domiciliary of the State of California; and Jill Madison, a resident and domiciliary of the State of Colorado.

262.   Defendant-Claimant AREI ROSEVILLE 1, LLC is a limited liability company organized under the laws of the State of Delaware, the members of which are Fred Bollman, a resident and domiciliary of the State of California; and Terese Bollman, a resident and domiciliary of the State of California.

263.   Defendant-Claimant AREI ROSEVILLE 2, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is The Foreman Family Trust Dated 11/3/90, the Trustees of which are Milton Forman, a resident and domiciliary of the State of California, and Bille Forman, a resident and domiciliary of the State of California.

264.   Defendant-Claimant AREI ROSEVILLE 3, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is Budi Leonardi, a resident and domiciliary of the State of California.

265.   Defendant-Claimant AREI ROSEVILLE 4, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is Renata L. Sieboldt, a resident and domiciliary of the State of California.

266.   Defendant-Claimant AREI ROSEVILLE 5, LLC is a limited liability company organized under the laws of the State of Delaware, the members of which are Margaret Suppe, a resident and domiciliary of the State of California; and Raymond Suppe, a resident and domiciliary of the State of California.

267.   Defendant-Claimant AREI ROSEVILLE 6, LLC is a limited liability company organized under the laws of the State of Delaware, the members of which are Virgil Heydt, a resident and domiciliary of the State of California; and Liliane Heydt, a resident and domiciliary of the State of California.

268.   Defendant-Claimant AREI ROSEVILLE 7, LLC is a limited liability company organized under the laws of the State of Delaware, the members of which are Al Froese, a resident and domiciliary of the State of Arizona; and Barbara Froese, a resident and domiciliary of the State of Arizona.

269.   Defendant-Claimant AREI ROSEVILLE 8, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is Frank P. Bernard, a resident and domiciliary of the State of Utah.

270.   Defendant-Claimant AREI ROSEVILLE 9, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is The Setsuko Lebu Trust Agreement Dated 7/12/2005, the Trustee of which is Setsuko Lebu, a resident and domiciliary of the State of California.

271.   Defendant-Claimant AREI ROSEVILLE 10, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is The Anthony P. Shindelus and Barbara L. Shindelus Revocable Trust Dated 5/16/90, the Trustees of which are Anthony P. Shindelus, a resident and domiciliary of the State of California, and Barbara L. Shindelus, a resident and domiciliary of the State of California.

272.   Defendant-Claimant AREI ROSEVILLE 11, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which

SF/2715412v1

-48-

COMPLAINT OF ACE CAPITAL LIMITED, ACE CAPITAL IV LIMITED, ACE CAPITAL V LIMITED AND BRIT UW LIMITED IN THE NATURE OF INTERPLEADER

is The Gore Living Trust Dated 1/7/04, the Trustee of which is Leroy Gore, a resident and domiciliary of the State of California.

273.   Defendant-Claimant AREI ROSEVILLE 12, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is The Shelton Living Trust Dated 7/17/91, the Trustees of which are Debra L. Shelton, a resident and domiciliary of the State of California, and Ralph R. Shelton, a resident and domiciliary of the State of California.

274.   Defendant-Claimant AREI ROSEVILLE 13, LLC is a limited liability company organized under the laws of the State of Delaware, the members of which are Ann M. Blalock, a resident and domiciliary of the State of California, and Gerald D. Blalock, a resident and domiciliary of the State of California.

275.   Defendant-Claimant AREI ROSEVILLE 14, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is The Schultz Family Living Trust Dated 9/24/94, the Trustees of which are Robert Schultz, a resident and domiciliary of the State of California, and Marjorie Schultz, a resident and domiciliary of the State of California.

276.   Defendant-Claimant AREI ROSEVILLE 15, LLC is a limited liability company organized under the laws of the State of Delaware, the members of which are The Yvonne L. Valencia Survivors Trust Dated 12/19/95, the Trustee of which is Yvonne L. Valencia, a resident and domiciliary of the State of California; and The Yvonne L. Valencia Marital Trust Dated 12/19/95, the Trustee of which is also Yvonne L. Valencia (as noted, a resident and domiciliary of the State of California).

277.   Defendant-Claimant AREI ROSEVILLE 16, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is The Crocker Family Trust Dated 2/27/02, the Trustees of which are Kenneth

Crocker, a resident and domiciliary of the State of California, and Elizabeth

Crocker, a resident and domiciliary of the State of California.

278.   Defendant-Claimant AREI ROSEVILLE 17, LLC is a limited liability company organized under the laws of the State of Delaware, the members of which are Robert J. Stimple, a resident and domiciliary of the State of California, and Karen R. Stimple, a resident and domiciliary of the State of California.

279.   Defendant-Claimant AREI ROSEVILLE 18, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is The Christensen Family Living Trust Dated 11/20/91, the Trustees of which are Douglas Christensen, a resident and domiciliary of the State of California, and Peggy Christensen, a resident and domiciliary of the State of California.

280.   Defendant-Claimant AREI ROSEVILLE 19, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is The Yonan Family Trust Dated 9/16/2000, the Trustees of which are Charles Yonan, a resident and domiciliary of the State of California, and Bela Yonan, a resident and domiciliary of the State of California.

281.   Defendant-Claimant AREI ROSEVILLE 21, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is The Van Enoo Family Trust Dated 8/25/88 and Restated 7/28/89 and 12/10/02, the Trustees of which are Rudy Van Enoo, a resident and domiciliary of the State of California, and Elise Van Enoo, a resident and domiciliary of the State of California.

282.   Defendant-Claimant AREI ROSEVILLE 22, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is The Didyk Family Trust Dated 7/9/99, the Trustees of which are John Didyk Sr., a resident and domiciliary of the State of California, and Carmen Didyk, a resident and domiciliary of the State of California.

283.   Defendant-Claimant AREI ROSEVILLE 23, LLC is a limited liability company organized under the laws of the State of Delaware, the members of which are The Robert E. and Ruth Nygard Revocable Trust, the Trustees of which are Robert E. Nygard (deceased) and Ruth Nygard, a resident and domiciliary of the State of California; and the Black Trust Dated 12/19/91, the trustees of which is Patricia Black, a resident and domiciliary of the State of California.

284.   Defendant-Claimant AREI ROSEVILLE 24, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is The Kontaxis Trust Dated 12/13/91, the Trustee of which is Demetrios Kontaxis, a resident and domiciliary of the State of California.

285.   Defendant-Claimant AREI ROSEVILLE 26, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is The Black Trust Dated 12/19/91, the Trustee of which is Patricia Black, a resident and domiciliary of the State of California.

286.   Defendant-Claimant AREI ROSEVILLE 27, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is Mike Maderos, a resident and domiciliary of the State of California.

287.   Defendant-Claimant AREI ROSEVILLE 29, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is Ernest Silva Rodriguez, a resident and domiciliary of the State of Nevada.

288.   Defendant-Claimant AREI ROSEVILLE 30, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is The Emily Nichols Trust Dated 3/5/1992, the Trustee of which is Emily Nichols, a resident and domiciliary of the State of California.

289.   Defendant-Claimant AREI ROSEVILLE 31, LLC is a limited liability company organized under the laws of the State of Delaware, the members of which

are George L. Vouchilas, a resident and domiciliary of the State of California; and Koula P. Vouchilas, a resident and domiciliary of the State of California.

290.   Defendant-Claimant AREI ROSEVILLE 32, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is Genevieve R. Davidson, a resident and domiciliary of the State of California.

291.   Defendant-Claimant AREI ROSEVILLE 33, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is Richard C. Ryder, a resident and domiciliary of the State of California.

292.   Defendant-Claimant AREI ROSEVILLE 34, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is Rulon Crosby, a resident and domiciliary of the State of Utah.

## 6.   *The Wood River Defendant-Claimants*

293.   The individuals and/or entities described in paragraphs 294 through 366 *infra* will be referred to collectively as the "Wood River Defendant-Claimants."

294.   Defendant-Claimant WOOD RIVER CAPITAL RESOURCES, LLC is a limited liability company organized under the laws of the State of Delaware, the members of which are Ron Johnson, a resident and domiciliary of the State of California; Sandra Johnson, a resident and domiciliary of the State of California; Jackie Allaire, a resident and domiciliary of the State of Hawaii; Wally Reemelin, a resident and domiciliary of the State of California; Yolanda Maldonado, a resident and domiciliary of the State of California; Bernadette Payne, a resident and domiciliary of the State of California; Bruce Payne, a resident and domiciliary of the State of California; Merle McGregor, a resident and domiciliary of the State of California; Ann McGregor, a resident and domiciliary of the State of California; Gregory Cella, a resident and domiciliary of the State of California; Patricia Cella, a resident and domiciliary of the State of California; Robert Korhummel, a resident

and domiciliary of the State of California; Ralph Mele, a resident and domiciliary of the State of California; and Leland Pfleiderer, Jr., a resident and domiciliary of the State of California.

295.   Defendant-Claimant AREI WOOD RIVER 1, LLC is a limited liability company organized under the laws of the State of Delaware, the members of which are Karl Raadik, a resident and domiciliary of the State of California; and Lynn Raadik, a resident and domiciliary of the State of California.

296.   Defendant-Claimant AREI WOOD RIVER 2, LLC is a limited liability company organized under the laws of the State of Delaware, the members of which are Bryan Robbins, a resident and domiciliary of the State of California; and Hiroko Robbins, a resident and domiciliary of the State of California.

297.   Defendant-Claimant AREI WOOD RIVER 3, LLC is a limited liability company organized under the laws of the State of Delaware, the members of which are Dick Dodge, a resident and domiciliary of the State of California; and Don Dodge, a resident and domiciliary of the State of California.

298.   Defendant-Claimant AREI WOOD RIVER 4, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is William Riley, a resident and domiciliary of the State of California.

299.   Defendant-Claimant AREI WOOD RIVER 6, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is Susan Pricco, a resident and domiciliary of the State of California.

300.   Defendant-Claimant AREI WOOD RIVER 7, LLC is a limited liability company organized under the laws of the State of Delaware, the members of which are William Martin, a resident and domiciliary of the State of California; and Kathryn Martin, a resident and domiciliary of the State of California.

301.   Defendant-Claimant AREI WOOD RIVER 8, LLC is a limited liability company organized under the laws of the State of Delaware, the members

of which are James Lago, a resident and domiciliary of the State of California; and Tami Lago, a resident and domiciliary of the State of California.

302.   Defendant-Claimant AREI WOOD RIVER 9, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is Andrew F. Fine, a resident and domiciliary of the State of California.

303.   Defendant-Claimant AREI WOOD RIVER 10 LLC is a limited liability company organized under the laws of the State of Delaware, the members of which are Ronald Ball, a resident and domiciliary of the State of California; and Sally Ball, a resident and domiciliary of the State of California.

304.   Defendant-Claimant AREI WOOD RIVER 11, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is Gerald Case, a resident and domiciliary of the State of California.

305.   Defendant-Claimant AREI WOOD RIVER 12, LLC is a limited liability company organized under the laws of the State of Delaware, the members of which are Ronda Christensen, a resident and domiciliary of the State of California; and Bruce Christensen, a resident and domiciliary of the State of California.

306.   Defendant-Claimant AREI WOOD RIVER 13, LLC is a limited liability company organized under the laws of the State of Delaware, the members of which are Vidya Puri, a resident and domiciliary of the State of California; and Yog Puri, a resident and domiciliary of the State of California.

307.   Defendant-Claimant AREI WOOD RIVER 14, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is Gloria Alanko, a resident and domiciliary of the State of Nevada.

308.   Defendant-Claimant AREI WOOD RIVER 15, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is Thomas Peterson, a resident and domiciliary of the State of California.

309.   Defendant-Claimant AREI WOOD RIVER 16, LLC is a limited liability company organized under the laws of the State of Delaware, the members of which are Sally Haag, a resident and domiciliary of the State of California; and William Haag, a resident and domiciliary of the State of California.

310.   Defendant-Claimant AREI WOOD RIVER 17, LLC is a limited liability company organized under the laws of the State of Delaware, the members of which are Conrad Jahries, a resident and domiciliary of the State of Utah; and Jeri Jahries, a resident and domiciliary of the State of Utah.

311.   Defendant-Claimant AREI WOOD RIVER 18, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is Thomas Bayner, a resident and domiciliary of the State of California.

312.   Defendant-Claimant AREI WOOD RIVER 19, LLC is a limited liability company organized under the laws of the State of Delaware, the members of which are Al Toth, a resident and domiciliary of the State of California; and Clarisa Toth, a resident and domiciliary of the State of California.

313.   Defendant-Claimant AREI WOOD RIVER 20, LLC is a limited liability company organized under the laws of the State of Delaware, the members of which are Tor Grotting, a resident and domiciliary of the State of California; and Maryjane Grotting, a resident and domiciliary of the State of California.

314.   Defendant-Claimant AREI WOOD RIVER 22, LLC is a limited liability company organized under the laws of the State of Delaware, the members of which are Bhusman Bansal, a resident and domiciliary of the State of California; and Saraj Bansal, a resident and domiciliary of the State of California.

315.   Defendant-Claimant AREI WOOD RIVER 23, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is Kearrey Thomas, a resident and domiciliary of the State of Utah.

316.   Defendant-Claimant AREI WOOD RIVER 24, LLC is a limited liability company organized under the laws of the State of Delaware, the members of which are Paul Scheckler, a resident and domiciliary of the State of California; and Kay Scheckler, a resident and domiciliary of the State of California.

317.   Defendant-Claimant AREI WOOD RIVER 25, LLC is a limited liability company organized under the laws of the State of Delaware, the members of which are Steve Metsch, a resident and domiciliary of the State of California; and Sharon Metsch, a resident and domiciliary of the State of California.

318.   Defendant-Claimant AREI WOOD RIVER 26, LLC is a limited liability company organized under the laws of the State of Delaware, the members of which are Rudy Van Enoo, a resident and domiciliary of the State of California; and Elise Van Enoo, a resident and domiciliary of the State of California.

319.   Defendant-Claimant AREI WOOD RIVER 27, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is Sue Meyers, a resident and domiciliary of the State of Oregon.

320.   Defendant-Claimant AREI WOOD RIVER 28, LLC is a limited liability company organized under the laws of the State of Delaware, the members of which are Steve Peaslee, a resident and domiciliary of the State of California; and Christine Peaslee, a resident and domiciliary of the State of California.

321.   Defendant-Claimant AREI WOOD RIVER 29, LLC is a limited liability company organized under the laws of the State of Delaware, the members of which are Roberta Lentz, a resident and domiciliary of the State of California; and Michael Lentz, a resident and domiciliary of the State of California.

322.   Defendant-Claimant AREI WOOD RIVER 30, LLC is a limited liability company organized under the laws of the State of Delaware, the members of which are George Estes, a resident and domiciliary of the State of California; and Maria Estes, a resident and domiciliary of the State of California.

323.   Defendant-Claimant SANTA CLARA CAPITAL RESOURCES, LLC is a limited liability company organized under the laws of the State of Delaware, the members of which are Gregory Cella, a resident and domiciliary of the State of California; Patricia Cella, a resident and domiciliary of the State of California; Gary Plato, a resident and domiciliary of the State of California; Lynea Plato, a resident and domiciliary of the State of California; Ron Johnson, a resident and domiciliary of the State of California; and Sandra Johnson, a resident and domiciliary of the State of California.

324.   Defendant-Claimant AREI SANTA CLARA 1, LLC is a limited liability company organized under the laws of the State of Delaware, the members of which are Ronald Ball, a resident and domiciliary of the State of California; and Sally Ball, a resident and domiciliary of the State of California.

325.   Defendant-Claimant AREI SANTA CLARA 2, LLC is a limited liability company organized under the laws of the State of Delaware, the members of which are Jarel B. Hoyt, a resident and domiciliary of the State of Utah; and Mary Lou Hoyt, a resident and domiciliary of the State of Utah.

326.   Defendant-Claimant AREI SANTA CLARA 3, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is Thomas Peterson, a resident and domiciliary of the State of California.

327.   Defendant-Claimant AREI SANTA CLARA 4, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is the Chu Revocable Living Trust Dated 10/22/98, the Trustees of which are Luke Chu, a resident and domiciliary of the State of California, and Sally Chu, a resident and domiciliary of the State of California.

328.   Defendant-Claimant AREI SANTA CLARA 6, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is the Jahries Living Trust, the Trustees of which are Conrad Jahries, a

resident and domiciliary of the State of Utah, and Jeri Jahries, a resident and domiciliary of the State of Utah.

329.   Defendant-Claimant AREI SANTA CLARA 7, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is The McConnell Family Trust, the Trustee of which is Joan McConnell, a resident and domiciliary of the State of California.

330.   Defendant-Claimant AREI SANTA CLARA 9, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is The Shelton Living Trust, the Trustees of which are Ralph Shelton, a resident and domiciliary of the State of California; and Debra Shelton, a resident and domiciliary of the State of California.

331.   Defendant-Claimant AREI SANTA CLARA 11, LLC is a limited liability company organized under the laws of the State of Delaware, the members of which are Rudi Van Enoo, a resident and domiciliary of the State of California; and Elise Van Enoo, a resident and domiciliary of the State of California.

332.   Defendant-Claimant AREI SANTA CLARA 12, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is Sue Meyers, a resident and domiciliary of the State of Oregon.

333.   Defendant-Claimant AREI COLONNADE 1, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is Freedom Lakes, LLC, a limited liability company organized under the laws of the State of California, the member of which is Gregory W. Holcomb, a resident and domiciliary of the State of California.

334.   Defendant-Claimant AREI COLONNADE 2, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is The Shipley Family 1995 Revocable Trust Dated May 18, 1995, the Trustees of which are Kenneth J. Shipley, a resident and domiciliary of the State of

California, and Lora L. Shipley, a resident and domiciliary of the State of California.

335.   Defendant-Claimant AREI COLONNADE 3, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is Trinity Oaks, LLC, a limited liability company organized under the laws of the State of California, the member of which is Ronald Ball, a resident and domiciliary of the State of California.

336.   Defendant-Claimant AREI COLONNADE 4, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is Freedom Lakes, LLC, a limited liability company organized under the laws of the State of California, the member of which is Gregory W. Holcomb, a resident and domiciliary of the State of California.

337.   Defendant-Claimant AREI COLONNADE 5, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is The 1999 Synder Family Revocable Trust U/A/D 12-18-99, the Trustees of which are David W. Snyder, a resident and domiciliary of the State of California, and Susan F. Snyder, a resident and domiciliary of the State of California.

338.   Defendant-Claimant AREI COLONNADE 6, LLC is a limited liability company organized under the laws of the State of Delaware, the members of which are Ernest J. Ongaro, a resident and domiciliary of the State of California, and Debra L. Ongaro, a resident and domiciliary of the State of California.

339.   Defendant-Claimant AREI COLONNADE 7, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is Jane W. Barelli, a resident and domiciliary of the State of California.

340.   Defendant-Claimant AREI COLONNADE 8, LLC is a limited liability company organized under the laws of the State of Delaware, the member

of which is Oliana Policicchio, a resident and domiciliary of the State of Michigan, through Pia Brown, who has her power of attorney.

341.   Defendant-Claimant AREI COLONNADE 10, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is The 1984 Haedt Living Trust Dated April 12, 1984, the Trustees of which are James C. Haedt, a resident and domiciliary of the State of California, and Florence A. Haedt, a resident and domiciliary of the State of California.

342.   Defendant-Claimant AREI COLONNADE 11, LLC is a limited liability company organized under the laws of the State of Delaware, the members of which is are Ronald Ball, a resident and domiciliary of the State of California; Sally Ball, a resident and domiciliary of the State of California; and The David and Susan Snyder Family Foundation Charitable Trust, the Trustees of which are David Snyder, a resident and domiciliary of the State of California, and Susan Snyder, a resident and domiciliary of the State of California.

343.   Defendant-Claimant AREI COLONNADE 12, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is Ronald Ball, a resident and domiciliary of the State of California.

344.   Defendant-Claimant AREI COLONNADE 13, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is Freedom Lakes, LLC, a limited liability company organized under the laws of the State of California, the member of which is Gregory W. Holcomb, a resident and domiciliary of the State of California.

345.   Defendant-Claimant AREI COLONNADE 14, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is Sally Haag, a resident and domiciliary of the State of California.

346.   Defendant-Claimant AREI COLONNADE 15, LLC is a limited liability company organized under the laws of the State of Delaware, the member

of which is The Case Family Trust Dated 1/23/1992, the Trustees of which are Gerald D. Case, a resident and domiciliary of the State of California, and Jermaine R. Case, a resident and domiciliary of the State of California.

347.  Defendant-Claimant AREI COLONNADE 16, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is The Kenneth and Karen Cohen Family Trust, the Trustees of which are Kenneth Cohen, a resident and domiciliary of the State of Arizona, and Karen Cohen, a resident and domiciliary of the State of Arizona.

348.  Defendant-Claimant AREI COLONNADE 18, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is The Shelton Living Trust Dated 7/17/1991, the Trustees of which are Debra Lynn Shelton, a resident and domiciliary of the State of California, and Ralph Robertson Shelton, a resident and domiciliary of the State of California.

349.  Defendant-Claimant AREI COLONNADE 20, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is The Sue Meyers Living Trust dated 5/20/2005, the Trustee of which is Marilyn Sue Meyers, a resident and domiciliary of the State of Oregon.

350.  Defendant-Claimant AREI SPENCER 1, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is The Pisenti Family Trust Dated 5/3/99, the Trustee of which is Allen R. Pisenti, a resident and domiciliary of the California.

351.  Defendant-Claimant AREI SPENCER 2, LLC is a limited liability company organized under the laws of the State of Delaware, the members of which are Paul M. Schekler, a resident and domiciliary of the State of California; and Kathryn Scheckler, a resident and domiciliary of the State of California.

352.  Defendant-Claimant AREI SPENCER 3, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which

COMPLAINT OF ACE CAPITAL LIMITED, ACE CAPITAL IV LIMITED, ACE CAPITAL V LIMITED
AND BRIT UW LIMITED IN THE NATURE OF INTERPLEADER

is The Tatton Family Trust Dated 10/65/98, the Trustees of which are Loyde Tatton, a resident and domiciliary of the State of California, and Kathleen Tatton, a resident and domiciliary of the State of California.

353.   Defendant-Claimant AREI SPENCER 4, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is The Scott Family trust of 2007, the Trustees of which are Patrick J. Scott, a resident and domiciliary of the State of California, and Gayle M. Scott, a resident and domiciliary of the State of California.

354.   Defendant-Claimant AREI SPENCER 5, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is The Van Enoo Family Trust Dated 8/25/88 and Restated 7/28/89 and 12/10/02, the Trustees of which are Rudy Van Enoo, a resident and domiciliary of the State of California, and Elise Van Enoo, a resident and domiciliary of the State of California.

355.   Defendant-Claimant AREI SPENCER 6, LLC is a limited liability company organized under the laws of the State of Delaware, the members of which are Darrell Fereday, a resident and domiciliary of the State of Utah, and Zenabeth Fereday, a resident and domiciliary of the State of Utah.

356.   Defendant-Claimant AREI SPENCER 7, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is The Helena & Patrick Cooney Living Trust Dated 5/18/05, the Trustees of which are Patrick Cooney, a resident and domiciliary of the State of Hawaii, and Helena Cooney, a resident and domiciliary of the State of Hawaii.

357.   Defendant-Claimant AREI SPENCER 8, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is The Robert L. and Judith A. Koenitzer Trust U/A Dated 11/5/92, the Trustees of which are Robert L. Koenitzer, a resident and domiciliary of the State of

California, and Judith A. Koenitzer, a resident and domiciliary of the State of California.

358.   Defendant-Claimant AREI SPENCER 9, LLC is a limited liability company organized under the laws of the State of Delaware, the members of which are Chan Pang, a resident and domiciliary of the State of California, and Annie Pang, a resident of an domiciled in the State of California.

359.   Defendant-Claimant AREI SPENCER 10, LLC is a limited liability company, the member of which is Robert C. Willoughby, a resident and domiciliary of the State of Utah.

360.   Defendant-Claimant AREI SPENCER 11, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is The William D. Arnold Family Trust, the Trustee of which is William D. Arnold, a resident and domiciliary of the State of California.

361.   Defendant-Claimant AREI SPENCER 12, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is The Dino D. Boito & Margaret Carr Boito Revocable Trust UDT 3/27/98, the Trustees of which are Dino D. Boito, a resident and domiciliary of the State of California, and Margaret C. Boito, a resident and domiciliary of the State of California.

362.   Defendant-Claimant AREI SPENCER 13, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is Fisk Family Properties, LLC, a limited liability company organized under the laws of the State of Utah, the managing member of which is Mary Fisk, a resident and domiciliary of the State of Utah.

363.   Defendant-Claimant AREI SPENCER 14, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is The Toth Living Trust U/D/T 2/12/97, the Trustees of which are Attila L. Toth, a

resident and domiciliary of the State of California, and Clarisa K. Toth, a resident and domiciliary of the State of California.

364.   Defendant-Claimant AREI SPENCER 15, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is The Lina Wong Family Trust, the Trustee of which is Lina Wong, a resident and domiciliary of the State of California.

365.   Defendant-Claimant AREI SPENCER 16, LLC is a limited liability company organized under the laws of the State of Delaware, the member of which is The Kontaxis Trust Dated 6/16/2005, the Trustees of which are George D. Kontaxis, a resident and domiciliary of the State of California, and Jennifer C. Kontaxis, a resident and domiciliary of the State of California.

366.   Defendant-Claimant AREI SPENCER 17, LLC is a limited liability company organized under the laws of the State of Delaware, the members of which are Anthony Saulewicz, a resident and domiciliary of the State of Washington, and Janice Saulewicz, a resident and domiciliary of the State of Washington.

**7.**      ***The Alvarado Defendant-Claimants***

367.   The individuals and/or entities described in paragraphs 368 through 369 *infra* will be referred to collectively as the "Alvarado Defendant-Claimants."

368.   Defendant-Claimant MICHAEL ALVARADO, INDIVIDUALLY AND ON BEHALF OF HIS IRA AND AS TRUSTEE OF THE MICHAEL J. ALVARADO AND SUSAN J. ALVARADO REVOCABLE TRUST DATED 2/26/97, is a resident and domiciliary of the State of California.

369.   Defendant-Claimant SUSAN ALVARADO, INDIVIDUALLY, AND AS TRUSTEE OF THE MICHAEL J. ALVARADO AND SUSAN J. ALVARADO REVOCABLE TRUST DATED 2/26/97, is a resident and domiciliary of the State of California.

8.      *The Ambrosio Defendant-Claimants*

370.    The individuals and/or entities described in paragraphs 371 through 392 *infra* will be referred to collectively as the "Ambrosio Defendant-Claimants."

371.    Defendant-Claimant WILLIAM AMBROSIO is a resident and domiciliary of the State of California.

372.    Defendant-Claimant THOMAS L. CALDWELL is a resident and domiciliary of the State of California.

373.    Defendant-Claimant STARLENE CALDWELL is a resident and domiciliary of the State of California.

374.    Defendant-Claimant LAWRENCE CAUBLE, INDIVIDUALLY AND AS TRUSTEE OF THE LAWRENCE AND NANCY CAUBLE FAMILY TRUST, is a resident and domiciliary of the State of California.

375.    Defendant-Claimant NANCY CAUBLE, INDIVIDUALLY AND AS TRUSTEE OF THE LAWRENCE AND NANCY CAUBLE FAMILY TRUST, is a resident and domiciliary of the State of California.

376.    Defendant-Claimant MAURICE P. CLAY III is a resident and domiciliary of the State of California.

377.    Defendant-Claimant BARBARA L. CLAY is a resident and domiciliary of the State of California.

378.    Defendant-Claimant RAY H. DAWSON, INDIVIDUALLY AND AS TRUSTEE OF THE RJD FAMILY TRUST, is a resident and domiciliary of the State of Utah.

379.    Defendant-Claimant JOLENE DAWSON, INDIVIDUALLY AND AS TRUSTEE OF THE RJD FAMILY TRUST, is a resident and domiciliary of the State of Utah.

380.    Defendant-Claimant JAMES V. EMERY is a resident and domiciliary of the State of Texas.

381.   Defendant-Claimant CAROL A. EMERY is a resident and domiciliary of the State of Texas.

382.   Defendant-Claimant WANDA T. KWONG is a resident and domiciliary of the State of California.

383.   Defendant-Claimant PATRICIA M. MCPHERSON is a resident and domiciliary of the State of California.

384.   Defendant-Claimant NARASIMHARIAO L. PALAGUMMI is a resident and domiciliary of the State of California.

385.   Defendant-Claimant SAMBRAJYA L. PALAGUMMI is a resident and domiciliary of the State of California.

386.   Defendant-Claimant JOHN L. PEACOCK is a resident and domiciliary of the State of California.

387.   Defendant-Claimant JOAN A. PEACOCK is a resident and domiciliary of the State of California.

388.   Defendant-Claimant ERWIN SI is a resident and domiciliary of the State of California.

389.   Defendant-Claimant IRENE GO is a resident and domiciliary of the State of California.

390.   Defendant-Claimant RUTH W. STEVENS is a resident and domiciliary of the State of Arizona.

391.   Defendant-Claimant UMBERTON TORLONE is or was a resident and domiciliary of the State of California.

392.   Defendant-Claimant PIERRETTE M. TORLONE is a resident and domiciliary of the State of California.

*9.*     ***The Rupracht Defendant-Claimant***

393.   Defendant-Claimant MYREE D. RUPRACHT, INDIVIDUALLY AND AS TRUSTEE OF THE ROBERT AND MYREE RUPRACHT FAMILY TRUST, is a resident and domiciliary of the State of Nevada.

*10.*     ***Other Defendant-Claimants***

394.   Defendant-Claimant SEBASTIAN FELDMAN is a resident and domiciliary of the State of California.

395.   Defendant-Claimant JOAN E. FOURNIER is a resident and domiciliary of the State of California.

396.   Defendant-Claimant DIANE MARA, INDIVIDUALLY AND AS TRUSTEE OF THE DIANE MARA 2005 TRUST DATED 7/20/05, is a resident and domiciliary of the State of California.

397.   Defendant-Claimant JAMES H. WHEELER, INDIVIDUALLY AND AS TRUSTEE OF THE JAMES H. WHEELER AND MARY D. WHEELER TRUST DATED MAY 18, 1992, is a resident and domiciliary of the State of California.

398.   Defendant-Claimant ROXANNE DAVIS JONES, INDIVIDUALLY AND AS TRUSTEE OF THE ROXANNE DAVIS JONES 2001 REVOCABLE FAMILY TRUST, is a resident and domiciliary of the State of California.

399.   Defendant-Claimant ARTHUR KRANSBERGER is a resident and domiciliary of the State of California.

400.   Defendant-Claimant SPENCER CAPITAL RESOURCES, LLC is a limited liability company incorporated under the laws of the State of Delaware, the members of which are Capital Resources Fund, LLC, a limited liability company incorporated under the laws of the State of California, the members of which are Peary D. Wood, a resident and domiciliary of the State of California, and Adam D.

Peterson, a resident and domiciliary of the State of California; Peary D. Wood; and Adam D. Peterson.

401.   Defendant-Claimant TERRI STUPAR is a resident and domiciliary of the State of California.

402.   Defendant-Claimant PATTI BERGSTROM is a resident and domiciliary of the State of California.

403.   Defendant-Claimant VANCE ALKIRE is a resident and domiciliary of the State of California.

404.   Defendant-Claimant LESLEY ALKIRE is a resident and domiciliary of the State of California.

405.   Defendant-Claimant BRANDON OVERSTREET is a resident and domiciliary of the State of Texas.

406.   Defendant-Claimant STACI OVERSTREET is a resident and domiciliary of the State of Texas.

407.   Defendant-Claimant VERONICA S. ROYER, INDIVIDUALLY AND AS TRUSTEE OF THE VERONICA S. ROYER IRA AND ELAM C. ROYER IRA, is a resident and domiciliary of the State of Indiana.

408.   Defendant-Claimant GARRETT VALLES is a resident and domiciliary of the State of California.

409.   Defendant-Claimant MARISSA VALLES is a resident and domiciliary of the State of California.

410.    Defendant-Claimant CARLA C. WARD, INDIVIDUALLY AND AS TRUSTEE OF CARLA C. WARD TRUST, is a resident and domiciliary of the State of California.

411.   Defendant-Claimant SALLY WEBER is a resident and domiciliary of the State of California.

412.   Defendant-Claimant NATALEE TAPPIN, INDIVIDUALLY AND AS TRUSTEE OF THE NATALEE TAPPIN IRA, is a resident and domiciliary of the State of California.

413.   Defendant-Claimant KAREN TAPPIN, INDIVIDUALLY AND AS TRUSTEE OF THE KAREN TAPPIN IRA, is a resident and domiciliary of the State of California.

414.   Defendant-Claimant RALPH KISTLER is a resident and domiciliary of the State of California.

415.   Defendant-Claimant DALE KISTLER is a resident and domiciliary of the State of California.

416.   Defendant-Claimant CAROLYN LEE BREW, INDIVIDUALLY AND AS TRUSTEE OF THE 2005 CAROLYN LEE BREW REVOCABLE TRUST, is a resident and domiciliary of the State of California.

417.   Defendant-Claimant DONNA GOPFERT is a resident and domiciliary of the State of Massachusetts.

418.   Defendant-Claimant KATA LEKICH is a resident and domiciliary of the State of California.

419.   Defendant-Claimant VINKA MAKRIS is a resident and domiciliary of the State of California.

420.   Defendant-Claimant STEPHEN METSCH is a resident and domiciliary of the State of California.

421.   Defendant-Claimant SHARON METSCH is a resident and domiciliary of the State of California.

422.   Defendant-Claimant NORM THIEL is a resident and domiciliary of the State of California.

423.   Defendant-Claimant GAE THIEL is a resident and domiciliary of the State of California.

424.   Defendant-Claimant CALLIE EDWARDS is a resident and domiciliary of the State of California.

425.   Defendant-Claimant EILEEN FOX is a resident and domiciliary of the State of California.

426.   Defendant-Claimant RONALD E. JOHNSON, INDIVIDUALLY AND AS TRUSTEE OF RONALD E. JOHNSON ROLLOVER IRA, is a resident and domiciliary of the State of California.

427.   Defendant-Claimant SANDRA G. JOHNSON, INDIVIDUALLY AND AS TRUSTEE OF THE SANDRA G. JOHNSON ROLLOVER IRA, is a resident and domiciliary of the State of California.

428.   Defendant-Claimant JEAN FRANK HICKS, INDIVIDUALLY AND AS TRUSTEE OF THE JEAN FRANK HICKS REVOCABLE INTER VIVOS TRUST AND EDWARD LEWIS HICKS & JEAN FRANK REVOCABLE INTER VIVOS TRUST, is a resident and domiciliary of the State of California.

429.   Defendant-Claimant VIDYA PURI is a resident and domiciliary of the State of California.

430.   Defendant-Claimant THOMAS J. RITENOUR is a resident and domiciliary of the State of California.

431.   Defendant-Claimant LYNELLEN REED LIVELY, INDIVIDUALLY AND ON BEHALF OF THE LIVELY-ROUNDY REVOCABLE FAMILY TRUST, is a resident and domiciliary of the State of California.

432.   Defendant-Claimant JOHN BROOKS is a resident and domiciliary of the State of California.

433.   Defendant-Claimant DAVID BANCROFT AVRICK, INDIVIDUALLY AND AS TRUSTEE OF THE ZAHARA TRUST, is a resident and domiciliary of the State of California.

434.   Defendant-Claimant JOHN K. DOERNER is a resident and domiciliary of the State of California.

435.   Defendant-Claimant ROBERT SCHIFF, INDIVIDUALLY AND AS TRUSTEE OF THE ROBERT SCHIFF LIVING TRUST DATED 7/28/2000, AND ON BEHALF OF THE ROBERT SCHIFF SEP IRA, is a resident and domiciliary of the State of California.

436.   Defendant-Claimant LA RAINE SEIFER is a resident and domiciliary of the State of California.

437.   Defendant-Claimant IRL SEIFER is a resident and domiciliary of the State of California.

438.   Defendant-Claimant SAMUEL SHERWOOD is a resident and domiciliary of the State of California.

439.   Defendant-Claimant FRANCES SHERWOOD is a resident and domiciliary of the State of California.

440.   Defendant-Claimant CHRIS MARTINIAK is a resident and domiciliary of the State of California.

441.   Defendant-Claimant GEORGE E. MERRILL is a resident and domiciliary of the State of California.

442.   Defendant-Claimant NONA MERRILL is a resident and domiciliary of the State of California.

443.   Defendant-Claimant GEORGE E. MERRILL III is a resident and domiciliary of the State of California.

444.   Defendant-Claimant SUSAN S. MERRILL is a resident and domiciliary of the State of California.

445.   Defendant-Claimant NELLA NENCINI is a resident and domiciliary of the State of California.

446.   Defendant-Claimant Does 1-100 consist of such past, present or future directors, officers, partners, employees or registered representatives of the Defendant-Assureds who may be the subject of a Claim and who may seek to recover their Defense Costs or any Loss under the E&O Policy that is the subject of this action and also consist of any corporations, businesses, trusts or other entities that may be the subject of a Claim and who may seek to recover their Defense Costs or any Loss under the E&O Policy that is the subject of this action. They also consist of any additional claimants against the Defendant-Assureds and/or the past, present or future directors, officers, employees or registered representatives of the Defendant-Assureds, who may seek to collect judgments or settlements from the proceeds of the E&O Policy that is the subject of this action. The identities of Defendant-Claimant Does 1-100 are currently unknown to the Plaintiff-Insurers.

## IV.   CLAIMS AND POTENTIAL CLAIMS

447.   The claims and potential claims described below were made by the Defendant-Claimants against the Defendant-Assureds and/or their directors, officers, employees, and/or registered representatives (collectively the "Underlying Claims").  The Underlying Claims include *inter alia* civil actions and Financial Industry Regulatory Authority ("FINRA") arbitrations.

448.   The Underlying Claims generally allege that, beginning in 2000, the Defendant-Assureds and/or their directors, officers, employees, and/or registered representatives negligently, knowingly, or willfully offered or conspired to offer investment advisory and brokerage services and/or insurance brokerage services to the Defendant-Claimants, thereby taking substantial brokerage fees and commissions for their own gains, but defaulting on their obligations to and failing to disclose significant information to the Defendant-Claimants.

449.   The Defendant-Assureds and/or their directors, officers, employees, and/or registered representatives seek coverage for the Underlying Claims under the E&O Policy.  The Underlying Claims relate to alleged errors, omissions, and professional services for which the Defendant-Assureds secured separate and independent but ultimately insufficient insurance coverage through the E&O Policy.  The investment losses that are alleged in the Underlying Claims are in excess of $160 million and exceed the limits of the E&O Policy.

450.   The Underlying Claims are described more specifically in the following paragraphs.

451.   On or about August 1, 2008, Defendant-Claimants MERYLEE BOES and WYNN BOES filed a customer complaint with FINRA against Defendant GARY ARMITAGE.

452.   On or about May 21, 2008, the Nowacki Defendant-Claimants (as described in paragraphs 199 through 211 *supra*) filed a complaint in the Superior Court of the State of California styled *Dean G. Nowacki, et al. v. Asset Real Estate & Investment Company, et al.* against Defendants EPS, EPA, and GARY ARMITAGE, among others.

453.   On or about December 23, 2010, the Anderson Defendant-Claimants (as described in paragraphs 25 through 151 *supra*) filed a complaint in the Superior Court of the State of California, County of Marin, Case Number JC4579, styled *Henry James Anderson, et al. v. Gary T. Armitage, et al.*, against Defendant GARY ARMITAGE, among others.

454.   On or about December 23, 2009, the Wood River Defendant-Claimants (as described in paragraphs 293 through 366 *supra*) filed a complaint in the Superior Court of the State of California, County of Shasta, Case Number 168055, styled *Wood River Capital Resources, LLC, et al. v. CapitalSource, Inc., et al.*, against Defendant EPS, among others.

455.   On or about April 18, 2008, the Oakdale Heights Defendant-Claimants (as described in paragraphs 212 through 259 *supra*) filed a complaint in the Superior Court of the State of California, County of Shasta, Case Number 162977, styled *Oakdale Heights Redding 1, LLC, et al. v. Asset Real Estate & Investment Company, et al.*, against Defendant EPS, among others.

456.   Claims against Defendants EPS and GARY ARMITAGE, and others, were alleged in a FINRA arbitration statement of claim filed on or about December 22, 2008 in *Ronald Johnson, et al. v. ePlanning Securities, Inc., et al.*

457.   Claims against Defendants EPS and GARY ARMITAGE, and others, were alleged in a FINRA arbitration statement of claim filed on or about December 22, 2008, in *Sandra Johnson v. ePlanning Securities, Inc., et al.*

458.   On or about December 17, 2008, the Alvarado Defendant-Claimants (as described in paragraphs 367 through 369 *supra*) and other Defendant-Claimants filed a complaint in the Superior Court of California, County of Marin, case number CIV-08-6188, against Defendants GARY ARMITAGE, JEFFREY GUIDI, EPS, and EPA, among others.

459.   On or about February 5, 2009, claims against Defendants GARY ARMITAGE, JEFFREY GUIDI, EPS, CLIFFORD NEWTON GAMBLE, LINDA SESCHER, LELAND PRUSSIA, JOSEPH VASSALLO, and TIMOTHY MENEZES were alleged in a FINRA arbitration styled *Alvarado, et al. v. Gary T. Armitage, et al.*

460.   On or about May 26, 1999, SEBASTIAN FELDMAN and approximately fifty-eight (58) other Defendant-Claimants, including the Jamison Defendant-Claimants (as described in paragraphs 153 through 198 *supra*), filed a civil action against *inter alia* Defendants GARY ARMITAGE, JEFFREY GUIDI, EPLANNING, EPS, EPA, CLIFFORD GAMBLE, SCOTT HULTSMAN, TIMOTHY MENEZES, LELAND PRUSSIA, LINDA SESHSER, and JOSEPH

1   VASSALLO in the Superior Court of California, County of Marin, case number

2   CIV-08-2331.

3       461.   On or about December 29, 2008, approximately five (5) Defendant-

4   Claimants filed a civil action in the Superior Court of California, County of

5   Sonoma, styled as *Hicks, et al. v. Armitage, et al.,* case number SCV 244241,

6   against Defendants GARY ARMITAGE, EPS, and EPLANNING, among others.

7       462.   On or about July 8, 2009, two Defendant-Claimants filed a complaint

8   in the Superior Court of California, County of Shasta, styled as *Pricco, et al. v.*

9   *Koenig, et al.,* case number 16664, against Defendants GARY ARMITAGE,

10   JEFFREY GUIDI, and EPS, among others.

11       463.   Claims against Defendant GARY ARMITAGE were alleged by

12   Defendant-Claimant SUSAN PRICCO in two FINRA arbitration customer

13   complaints dated December 5, 2009 and December 9, 2009.

14       464.   On or about December 2, 2008, Defendant-Claimants TERRY

15   STUPAR and PATTI BERGSTROM filed a civil action in the Superior Court of

16   California, County of Sonoma, styled *Terry Stupar, et al. v. Gary Armitage, et al.*,

17   against Defendants GARY ARMITAGE, JEFFREY GUIDI, EPLANNING, and

18   EPS, among others.

19       465.   On or about December 31, 2008, the Roseville Defendant-Claimants

20   (as described in paragraphs 260 through 292 *supra*) and other Defendant-

21   Claimants filed a complaint in the Superior Court of State of California, County of

22   Los Angeles, styled *Roseville Capital Resources, LLC, et al. v. Capitalsource, Inc.*,

23   against Defendants CLIFF GAMBLE, MARK SWARTZ, EPA, and GARY

24   ARMITAGE, among others.

25       466.   On or about August 8, 2008, Defendant-Claimants GEORGE E.

26   MERRILL and NONA MERRILL filed a civil action in the Superior Court of the

27   State of California, County of Sonoma, styled *George E. Merrill, et al. v. Gary*

28

Sedgwick LLP

*Armitage, et al.*, against Defendants GARY ARMITAGE, JEFFREY GUIDI, EPLANNING, EPS, and EPA, among others.

467.   On or about August 8, 2008, Defendant-Claimants GEORGE MERRILL III and SUSAN S. MERRILL filed a civil action in the Superior Court of the State of California, County of Sonoma, styled *George E. Merrill III, et al. v. Gary Armitage, et al.*, against Defendants GARY ARMITAGE, JEFFREY GUIDI, EPLANNING, EPS, and EPA, among others.

468.   On or about December 23, 2008, claims by sixteen (16) Defendant-Claimants were alleged against Defendants GARY ARMITAGE, EPS, CLIFFORD GAMBLE, and LINDA SECHSER in a FINRA arbitration styled *Alkire, et al. v. ePlanning Securities, Inc., et al.*

469.   Claims were alleged against Defendants EPS, IAN FILIPPINI, CLIFFORD GAMBLE, SCOTT HULTSMAN, and LINDA SESCHER in a FINRA arbitration statement of claim dated April 28, 2009, styled *Kistler, et al. v. ePlanning Securities, Inc., et al.*

470.   On or about July 22, 2009, claims were alleged against Defendants EPS, JEFFREY GUIDI, GARY ARMITAGE, CLIFFORD GAMBLE, SCOTT HULTSMAN, and LINDA SESCHER in a FINRA arbitration statement of claim styled *Brew, et al. v. ePlanning Securities, Inc., et al.*

471.   On or about November 10, 2008, Defendant-Claimant DONNA GOPFERT filed a customer complaint with FINRA against Defendant GARY ARMITAGE.

472.   On or about November 6, 2008, Defendant-Claimant KATA LEKICH filed a customer complaint with FINRA against Defendant GARY ARMITAGE.

473.   On or about November 6, 2009, Defendant-Claimant VINKA MAKRIS filed a customer complaint with FINRA against Defendant GARY ARMITAGE.

474.   On or about May 20, 2009, Defendant-Claimants STEPHEN METSCH and SHARON METSCH alleged claims against Defendants EPS, IAN FILIPPINI, CLIFFORD GAMBLE, SCOTT HULTSMAN, and LINDA SECHSER in a FINRA arbitration statement of claim.

475.   On or about March 19, 2008, Defendant-Claimant THOMAS J. RITENOUR filed a customer complaint with FINRA against Defendants EPS and GARY ARMITAGE.

476.   The Ambrosio Defendant-Claimants (as described in paragraphs 370 through 392 *supra*) and other Defendant-Claimants filed a FINRA arbitration statement of claim against Defendants ESP, EPA, GARY ARMITAGE, and JEFFREY GUIDI, among others.

477.   On or about November 20, 2008, Defendant-Claimant JOAN FOURNIER submitted a claim with FINRA Dispute Resolution, Inc. against Defendants GARY ARMITAGE, JEFFREY A. GUIDI, ESP, EPA, E-PLANNING, CLIFFORD GAMBLE, SCOTT HULTSMAN, TIMOTHY MENEZES, LELAND PRUSSIA, LINDA SECHSER, and JOSEPH VASSALO, among others.

478.   On or about February 27, 2008, Defendant-Claimant LYNELLEN REED LIVELY, INDIVIDUALLY AND ON BEHALF OF THE LIVELY-ROUNDY REVOCABLE FAMILY TRUST, filed a statement of claim with FINRA against Defendant ESP.

479.   On or about July 22, 2008, Defendant-Claimant JOHN BROOKS and five other Defendant-Claimants filed a FINRA arbitration statement of claim against Defendants EPS, GARY ARMITAGE, JEFFREY GUIDI, CLIFFORD GAMBLE, SCOTT HULTSMAN, TIMOTHY MENEZES, LELAND PRUSSIA, LINDA SECHSER, and JOSEPH VASSALO, among others.

480.   On or about July 17, 2008, Defendant-Claimants GEORGE SULLIVAN and JOAN SULLIVAN filed a complaint for damages and injunctive

relief in the Superior Court of the State of California, County of Marin, styled *Joan Sullivan, et al. v. Jeffrey Guidi, et al.*, against Defendants GARY ARMITAGE, EPS, and EPA, among others.

481.   On or about July 16, 2008, Defendant-Claimant DAVID BANCROFT AVRICK, AS TRUSTEE OF THE ZAHARA TRUST, filed a FINRA arbitration statement of claim against Defendants EPS, IAN FILIPPINI, CLIFFORD GAMBLE, GARY ARMITAGE, SCOTT HULTSMAN, and LINDA SECHSER.

482.   On or about August 5, 2008, Defendant-Claimant JOHN K. DOERNER filed a FINRA arbitration statement of claim against Defendants EPS, GARY ARMITAGE, CLIFFORD GAMBLE, SCOTT HULTSMAN, LINDA SECHSER, TIMOTHY MENEZES, LELAND PRUSSIA, and JOSEPH VASSALLO, among others.

483.   On or about November 26, 2008, Defendant-Claimant DIANE MARA filed a FINRA arbitration statement of claim against Defendants GARY ARMITAGE, JEFFREY GUIDI, JOHN MAYERHOFER, ESP, EPA, EPLANNING, CLIFFORD GAMBLE, SCOTT L. HULTSMAN, TIMOTHY MENEZES, LELAND PRUSSIA, LINDA SECHSER, and JOSEPH VASSALO, among others.

484.   On or about September 17, 2008, Defendant-Claimant ROBERT SCHIFF filed a FINRA arbitration statement of claim against Defendants GARY ARMITAGE, EPS, CLIFFORD GAMBLE, and LINDA SECHSER.

485.   On or about July 9, 2008, Defendant-Claimants LA RAINE SEIFER and IRL SEIFER filed a FINRA arbitration statement of claim against Defendant EPS.

486.   On or about June 11, 2008, the Rupracht Defendant-Claimant (as described in paragraph 393 *supra*) filed a FINRA arbitration statement of claim against Defendants EPS and GARY ARMITAGE.

487.   On or about June 23, 2008, Defendant-Claimant ARNIE G. MOORE filed a Complaint E-Form Submission with the Securities and Exchange Commission concerning Defendant GARY  ARMITAGE.

488.   On or about August 19, 2008, Defendant-Claimant DIANE MAXWELL filed a Customer Complaint on the FINRA website against Defendant GARY ARMITAGE.

489.   On or about October 23, 2008, Defendant-Claimant MARY LEKICH submitted an Investor Complaint on behalf of her aunt, MARY MILLER, via the FINRA website against Defendant GARY  ARMITAGE.

490.   Defendant-Claimant KAREN NENCINI submitted complaint forms on the Securities and Exchange Commission website concerning Defendants EPLANNING, GARY ARMITAGE, CLIFF GAMBLE, LELAND PRUSSIA, JEFFREY GUIDI, JOSEPH VASSALLA, and others.

491.   Defendant-Claimant CALLIE EDWARDS asserted claims against Defendant GARY ARMITAGE through two letters, one dated October 13, 2008, and the other dated October 31, 2008, to Defendant JEFFREY GUIDI.

492.   Defendant-Claimants NORM THIEL and GAE THIEL asserted claims against Defendant JEFFREY GUIDI in a letter dated June 27, 2009.

493.   Defendant-Claimant EILEEN FOX sent a letter dated July 29, 2008 to Defendant CLIFF GAMBLE asserting claims against Defendant GARY ARMITAGE.

494.   On information and belief, Defendant- Claimant VIDYA PURI filed a complaint with FINRA against EPS regarding her investments.

495.   By letter dated April 29, 2008, Defendant-Claimants SAMUEL SHERWOOD and FRANCES SHERWOOD asserted claims against Defendant EPS.

496.   By letter dated June 20, 2008, Defendant-Claimant CHRIS MARTINIAK asserted claims against Defendant GARY ARMITAGE.

## V.   THE SETTLEMENT AND ASSIGNMENTS OF RIGHTS UNDER THE E&O POLICY

497.   On August 6, 2010, Defendants EPLANNING, EPS, and EPA (collectively the "Debtors") filed separate voluntary petitions for Chapter 11 bankruptcy under the United States Bankruptcy Code.

498.   As discussed above, numerous claims were or have been initiated against the Debtors and their directors, officers, employees, and registered representatives in civil actions and with FINRA.

499.   As of the date of filing for bankruptcy, almost all of the California state court litigation against the Defendants was consolidated in the California state court action pending in Marin County Superior Court as Judicial Council Coordination Proceeding No. 4579 ("the Coordinated Proceeding").  The filing of Debtors' bankruptcy petitions initiated a stay as to the Debtors, but the litigation continues as to the remaining defendants in the Coordinated Proceeding.  Debtors are only three of the numerous defendants in the Coordinated Proceedings and not all plaintiffs in the Coordinated Proceedings have a rightful claim against the Debtors in that they were never customers of, or did any transactions with, any of the Debtors.

500.   There are also arbitration matters pending before FINRA against the Debtors and their directors and officers.

501.   In light of the lack of financial resources and bankruptcy petition filings by the Debtors, the Debtors and Defendant JEFFREY GUIDI, a former officer of Defendant EPLANNING, entered into a settlement with the numerous plaintiffs in the Coordinated Proceeding (the "Assignees").

502.   According to the settlement agreements, the Debtors and GUIDI agreed to various stipulated final judgments in favor of the Assignees in amounts ranging from $50,000 to $3 million per settling class of Assignees and against the Debtors and GUIDI.  As part of the consideration exchanged for the stipulated final judgments, GUIDI assigned all of his rights under the E&O Policy to the Assignees.

503.   On June 6, 2011, the Debtors filed a Motion to Approve Compromises of Controversies With Plaintiffs In Consolidated Civil Action (the "Motion to Approve Settlement") to obtain the bankruptcy court's approval of the settlement.

504.   On July 12, 2011, the bankruptcy court granted the Debtors' Motion to Approve Settlement and issued a minute order on July 14, 2011, authorizing the Debtors to finalize and execute the settlement agreements and assign GUIDI's rights under the E&O Policy.  A copy of the bankruptcy court minute order is attached as Exhibit C.

505.   In light of the assignment and the multiplicity of suits, the Plaintiff-Insurers will face multiple and conflicting claims over the rights to the remaining proceeds of the E&O Policy.  Therefore, all of the Assignees have been included as Defendant-Claimants in this interpleader complaint.

## VI.   THE E&O POLICY

506.   The E&O Policy contains two separate insuring agreements: (a) Insuring Agreement A provides "Professional Services" coverage to the "Broker/Dealer"; and (b) Insuring Agreement B provides "Professional Services" coverage to the "Registered Representative."

507.   The term "Broker/Dealer" is defined as EPS and any subsidiaries.

508.   The term "Registered Representative" is defined to encompass (1) an individual who is properly registered with National Association of Securities Dealers, Inc. and appropriate state authorities, including a registered principal, and

who is an independent contractor with, or is employed by, the Broker/Dealer; (2) any entity owned in its entirety by one or more individuals described in (1) above; and (3) employees of any individual described in (1) above, or any entity described in (2) above.

509.   The term "Assured" is defined to include Broker/Dealer, or Registered Representative.

510.   The E&O Policy is subject to all the terms, conditions, limitations, and exclusions contained therein.

**A.   The E&O Policy Is a Claims Made and Reported Form with a Retroactive Date**

511.   The E&O Policy provides as follows: "This is a Clams-made and reported policy.  Except to such extent as may otherwise be provided herein, the coverage afforded under this insurance policy is limited to liability for only those Claims that are first made against the Assured and reported to the Underwriters as set forth herein."  As such, no coverage is afforded for any person or entity that is not an Assured under the E&O Policy.  Also, only claims that are first made during the policy period of the E&O Policy are potentially covered.

512.   The insuring agreements of the E&O Policy require that each claim be "reported in writing to the Underwriters pursuant to the terms of this policy" in order for the insuring agreements to potentially apply.  The E&O Policy's notice provision requires that the Assured give written notice of any claim "as soon as practicable, but in no event more than [sixty] 60 days after the claim is made."

513.   The E&O Policy provides a retroactive date of "September 1, 1999, but April 1, 2007 in respect of limits in excess of $1 million each claim but $2 million in the aggregate for the period."

**B.     The $5 Million Aggregate Limit of Liability**

514.   The limit of liability for the E&O Policy is $2,000,000 each claim and $5,000,000 in the aggregate.  Section IV [Limit of Liability] of the E&O Policy provides that the maximum aggregate liability under the E&O Policy is $5 million.

515.   As of the time of filing of this Complaint, the Plaintiff-Insurers have already paid $4,683,308.07 towards claims reported under the E&O Policy, so only $303,691.93 of the policy limit remains.

## VII.   ADVERSITY OF THE CLAIMANTS AND ANTICIPATION OF FUTURE CLAIMS AGAINST THE STAKE

516.   Counsel for Defendant EPLANNING and other Defendants have requested payment for defense costs under the E&O Policy.  Bankruptcy counsel for Defendants EPLANNING, EPS, and EPA has also requested payment for defense costs under the E&O Policy.

517.   Further, there is a multiplicity of conflicting claims against the remaining $303,691.93 funds of the $5,000,000 aggregate policy limit of the E&O Policy.  The Plaintiff-Insurers reasonably anticipate that the Defendant-Assureds and their directors, officers, employees, and registered representatives who have been named as defendants in the Underlying Claims will be making claims for Loss and Defense Costs under the E&O Policy in the future.  The Plaintiff-Insurers are also informed and believe that certain of the Defendant-Assureds and/or their directors, officers, employees, and/or registered agents may have assigned rights that they claim to have under the E&O Policy, if any at all, to the Defendant-Claimants who made and resolved Underlying Claims.

518.   Thus, all of the Defendants and Defendants-Claimants named above will likely have adverse claims against the E&O Policy limits that are the subject of this statutory interpleader action, thereby subjecting the Plaintiff-Insurers to multiple and conflicting claims over the rights to the remaining proceeds of the

E&O Policy and to a multiplicity of suits.  The remedy of interpleader is designed to avoid windfall recoveries to those claimants who are the first to execute judgments or settlements against the remaining E&O Policy benefits, thus appropriating all or a disproportionate slice of the fund before any other claimants are able to establish their claims.  The difficulties such a race to judgment pose for the Plaintiff-Insurers, and the unfairness which may result to some claimants, are among the principal evils that the interpleader device was intended to remedy.

## VIII.  THE PLAINTIFF-INSURERS DO NOT CLAIM A STAKE IN THE REMAINING E&O POLICY FUND

519.   Neither ACE nor BRIT claims a stake in the remaining policy limits of $303,691,93 under the E&O Policy (the "E&O Policy Fund").

## IX.   REQUEST FOR INJUNCTIVE RELIEF

520.   Pursuant to 28 U.S.C. § 2361, in any civil action in the nature of interpleader under 28 U.S.C. § 1335, a district court may enter an order restraining all claimants from instituting or prosecuting any proceeding in any State or United States court affecting the property, instrument or obligation involved in the interpleader action until further order of the court.  The district court is further empowered to discharge the plaintiff(s) from further liability, to make the injunction permanent, and to make all appropriate orders to enforce the judgment.

521.   The injunction remedy will promote the purpose of this action in the nature of interpleader by preventing a multiplicity of actions and reducing the possibility of inconsistent determinations or the inequitable distribution of the E&O Policy Fund.

WHEREFORE, Plaintiffs ACE and BRIT respectfully request that:

1.       Process be issued in accordance with 28 U.S.C § 2361 for all Defendants and Defendant-Claimants, thereby restraining them from prosecuting

any proceeding in any State or United States court as it relates to the E&O Policy involved in this statutory interpleader action until further order of this Court;

2.   Each of the Defendants and Defendant-Claimants be ordered and commanded to interplead and to resolve among themselves and with Plaintiffs ACE and BRIT their respective rights and claims to the E&O Policy Fund, if any at all, up to a maximum of the remaining limits;

3.   This Court enter an Order establishing an equitable distribution of the E&O Policy Fund among the Defendants and Defendant-Claimants in accord with the terms of the E&O Policy, applicable law, and, if necessary, upon proof of liability and damages;

4.   In the event that this Court orders Plaintiffs ACE and BRIT to distribute the full amount of the E&O Policy Fund, that, upon final hearing, each of the Defendants and Defendant-Claimants, as well as their agents, attorneys, representatives, and assigns, and all other persons claiming by, through or under them, be perpetually enjoined and restrained from instituting or further prosecuting any proceedings in this or any other court of law or in equity against Plaintiffs ACE and BRIT in connection with the E&O Policy;

5.   In the event that this Court orders Plaintiffs ACE and BRIT to distribute the full amounts of the E&O Policy Fund, that Plaintiffs ACE and BRIT be fully and finally discharged from all further liability by reason of the exhaustion of the limits of E&O Policy;

6.   Plaintiffs ACE and BRIT be awarded reasonable and proper attorneys' fees and/or court costs in connection with the filing of this Complaint in the Nature of Interpleader; and

7.   The Court grants such further relief as may in its discretion appear just and proper.

-85-

**COMPLAINT OF ACE CAPITAL LIMITED, ACE CAPITAL IV LIMITED, ACE CAPITAL V LIMITED AND BRIT UW LIMITED IN THE NATURE OF INTERPLEADER**

1  DATED:  June 1, 2012                      SEDGWICK LLP

2

3

4                                    By: /s/ Michael L. Fox
                                          Ralph A. Guirgis
5                                         Michael L. Fox
                                          Robert S. Gebhard
6                                         Jim S. Byun
                                          Jamison R. Narbaitz
7                                         Attorneys for Plaintiffs
                                          ACE CAPITAL LIMITED, ACE
8                                         CAPITAL IV LIMITED, ACE
                                          CAPITAL V LIMITED and
9                                         BRIT UW LIMITED

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28