JEFFERY J. SWANSON (#155118)
2515 Park Marina Drive, Ste. 102
Redding, California 96001
Telephone: (530) 225-8773
Facsimile: (530) 232-2772

Attorney for *The Wood River* Defendant-Claimants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ACE CAPITAL LIMITED, ACE CAPITAL IV LIMITED, ACE CAPITAL V LIMITED and BRIT UW LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>ePLANNING, INC.; Eplanning SECURITIES, INC.; ePLANNING ADVISORS, INC.; *et al.,*<br><br>Defendant-Claimants. | CASE NO. 2:12-cv-01511-JAM-EFB<br><br>STIPULATION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT<br><br>Judge: The Honorable John A. Mendez<br>Courtroom: No. 6, 14th Floor |

The Anderson Defendant-Claimants, identified in paragraphs 26 – 151 of the Complaint herein, by and through their counsel of record, Richard S. Miller, Esq. from the Law Offices of Richard S. Miller;

The Jamison Defendant-Claimants, identified in paragraphs 153 – 198 of the Complaint herein, and Arthur Kransberger (Complaint paragraph 399), by and through their counsel of record, Val Hornstein, Esq. from the Hornstein Law Offices;

The Nowacki Defendant-Claimants, identified in paragraphs 200 – 211 of the Complaint herein, by and through their counsel of record, Patrick L. Deedon, Esq. from Maire & Burgess;

///

///

PDF created with pdfFactory trial version www.pdffactory.com

1   The Oakdale Heights Defendant-Claimants, identified in paragraphs 213 – 259 of the
2   Complaint herein, by and through their counsel of record, Patrick L. Deedon, Esq. from Maire &
3   Burgess;
4   The Roseville Defendant-Claimants, identified in paragraphs 261 – 292 of the Complaint
5   herein, by and through their counsel of record, Troy A. Thielemann, Esq. from Capello & Noel
6   LLP;
7   The Wood River Defendant-Claimants, identified in paragraphs 294 – 366 of the
8   Complaint herein, by and through their counsel of record, Jeffery J. Swanson, Esq. from the Law
9   Offices of Jeffery J. Swanson;
10  The Alvarado Defendant-Claimants, identified in paragraphs 368 – 369 of the Complaint
11  herein, by and through their counsel of record, Jeffrey A. Feldman, Esq. from the Law Offices of
12  Jeffrey A. Feldman;
13  The Ambrosio Defendant-Claimants, identified in paragraphs 371 - 392 of the Complaint
14  herein, by and through their counsel of record, George Donaldson, Esq. from the Law Office of
15  George Donaldson;
16  Terri Stupar and Patti Bergstrom, Defendant-Claimants, by and through their counsel of
17  record, Philip J. Terry, Esq., from Carle, Mackie, Power & Ross LLP;
18  Sue Pricco and Paul Freese, Defendant-Claimants, by and through their counsel of record,
19  David L. Edwards, Esq.;
20  Roxanne Davis Jones, Individually and as Trustee of the Roxanne Davis Jones 2001
21  Revocable Family Trust, Defendant-Claimant, *in pro per*;
22  Sally Weber, Defendant-Claimant, *in pro per*; and
23  Plaintiffs Ace Capital Limited, Ace Capital IV Limited, Ace Capital V Limited, and Brit
24  UW Limited, by and through their counsel of record, Michael L. Fox, Esq. of Sedgwick LLP,
25  hereby stipulate, subject to the Court's approval, that the defendants identified above may file
26  their response(s) to the Complaint on or before August 15, 2012.
27  ///
28  ///

STIPULATION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com

IT IS SO STIPULATED.

DATED: July 23, 2012          SEDGWICK LLP

                              By: /s/ Michael L. Fox
                                  Michael L. Fox
                                  Attorneys for Plaintiffs

DATED: July 23, 2012          Law Offices of Richard S. Miller

                              By: /s/ Richard S. Miller
                                  Richard S. Miller
                                  Attorney for The Anderson Defendant-Claimants

DATED: July 23, 2012          Hornstein Law Offices

                              By: /s/ Val Hornstein
                                  Val Hornstein
                                  Attorney for The Jamison Defendant-Claimants
                                  and Arthur Kransberger

DATED: July 23, 2012          Maire & Burgess

                              By: /s/ Patrick L. Deedon
                                  Patrick L. Deedon
                                  Attorney for The Nowacki Defendant-Claimants

DATED: July 23, 2012          Maire & Burgess

                              By: /s/ Patrick L. Deedon
                                  Patrick L. Deedon
                                  Attorney for The Oakdale Heights Defendant-
                                  Claimants

DATED: July 23, 2012          Cappello & Noel LLP

                              By: /s/ Troy A. Thielemann
                                  Troy A. Thielemann
                                  Attorney for The Roseville Defendant-Claimants

DATED: July 23, 2012          Law Offices of Jeffery J. Swanson

                              By: /s/ Jeffery J. Swanson
                                  Jeffery J. Swanson
                                  Attorney for The Wood River Defendant-Claimants

STIPULATION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com

DATED: July 23, 2012          Law Offices of Jeffrey A. Feldman

                              By: /s/ Jeffrey A. Feldman
                                  Jeffrey A. Feldman
                                  Attorney for The Alvarado Defendant-Claimants

DATED: July 23, 2012          Law Office of George Donaldson

                              By: /s/ George Donaldson
                                  George Donaldson
                                  Attorney for The Ambrosio Defendant-Claimants

DATED: July 23, 2012          Carle, Mackie, Power & Ross LLP

                              By: /s/ Philip J. Terry
                                  Philip J. Terry
                                  Attorney for Defendant-Claimants Terri Stupar and
                                  Patty Bergstrom

DATED: July 23, 2012          Law Offices of David L. Edwards

                              By: /s/ David L. Edwards
                                  David L. Edwards
                                  Attorney for Defendant-Claimants Sue Pricco and
                                  Paul Freese

DATED: July 23, 2012          Roxanne Davis Jones, Individually and as Trustee of
                              the Roxanne Davis Jones 2001 Revocable Family
                              Trust, *in pro per*

                              By: /s/ Roxanne Davis Jones

DATED: July 23, 2012          Sally Weber, *in pro per*

                              By: /s/ Sally Weber

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED:   7/23/2012                    /s/ John A. Mendez
                                      United States District Court Judge

_____
STIPULATION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com

**Certification Pursuant to General Order No. 45(X)(B)**

I, Jeffery J. Swanson, certify that concurrence in the filing of the attached Joint Stipulation to Extend Defendants' Deadline to Respond to Complaint has been obtained from each signatory listed.

Dated:  July 23, 2012

/s/ Jeffery J. Swanson
JEFFERY J. SWANSON
Attorney for *The Wood River* Defendant-Claimants.

5

_____
STIPULATION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com