1  Joseph Ehrlich (State Bar No. 84359)
   Mark R. Meyer (State Bar No. 238231)
2  LOSCH & EHRLICH
    425 California St., Ste. 2025
3  San Francisco, California  94104
   Telephone:   (415) 956-8400
4  Facsimile:    (415) 956-2150
   je@losch-ehrlich.com
5  Attorneys for Defendants and Claimants
   Clifford Gamble, Scott Hultsman,
6  Linda Sechser, Joseph Vassallo, John Mitchell,
   John J. Mayerhofer, Mark Swartz,
7  Timothy Menezes, Ian Filipini, and
   Leland S. Prussia
8

9                 UNITED STATES DISTRICT COURT

10               EASTERN DISTRICT OF CALIFORNIA

11

12 ACE CAPTIAL LIMITED, et al.,                Case No. 2:12-CV-01511-JAM-EFB

13            Plaintiffs,                       **STIPULATION AND ORDER TO
                                                EXTEND DEFENDANTS AND
14 v.                                           CLAIMANTS CLIFFORD GAMBLE,
                                                SCOTT HULTSMAN, LINDA
15 ePLANNING, INC., et al.,                     SECHSER, JOSEPH VASSALLO,
                                                JOHN MITCHELL, JOHN J.
16            Defendants.                       MAYERHOFER, AND MARK
                                                SWARTZ'S TIME TO RESPOND TO
17                                              COMPLAINT**

18

19

20         Defendants Clifford Gamble, Scott Hultsman, Linda Sechser, Joseph Vassallo, John

21 Mitchell, John J. Mayerhofer, Mark Swartz, Timothy Menezes, Ian Filipini, and Leland S. Prussia

22 ("Claimants"), by and through their counsel of record, Losch & Ehrlich, and Plaintiffs Ace Capital

23 Limited, Ace Capital IV Limited, Ace Capital V Limited, and Brit UW Limited, by and through their

24 counsel of record, Jamison R. Narbaitz, of Sedgwick LLP, hereby stipulate, subject to the

25

26 ///

27 ///

28

   2:12-CV-01511-JAM-EFB                                                              1
   Stipulation and Order Re: Time to Respond

PDF created with pdfFactory trial version www.pdffactory.com

1   Court's approval, that the defendants and claimants identified above may file their response(s) to

2   the Complaint on or before August 15, 2012.

3

4

    Respectfully Submitted,

5
        Dated:  August 2, 2012                    SEDGWICK LLP
6

7
                                         By:  /s/ Jamison Narbaitz
8                                             Jamison Narbaitz,
                                              Attorneys for  Plaintiffs
9

10      Dated:  August 2, 2012                    LOSCH & EHRLICH

11

12                                       By:  /s/ Mark R. Meyer
                                              Joseph Ehrlich
13                                            Mark R. Meyer
                                              Attorneys for  Defendants and Claimants
14                                            Clifford Gamble, Scott Hultsman, Linda Sechser,
                                              Joseph Vassallo, John Mitchell, John J.
15                                            Mayerhofer, and Mark Swartz

16

17      Dated:  8/3/2012

18                                            /s/ John A. Mendez

19
                                              _____
                                              UNITED STATES DISTRICT COURT JUDGE
20

21
                            **Certification Pursuant to Rule 131(e)**
22
           I, Mark R. Meyer, certify that concurrence in the filing of each signatory listed.
23
        Dated:  August 2, 2012                    LOSCH & EHRLICH
24

25                                       By:  /s/ Mark R. Meyer
                                              Mark R. Meyer
26

27

28

    2:12-CV-01511-JAM-EFB                                                          2
    Stipulation and Order Re: Time to Respond

PDF created with pdfFactory trial version www.pdffactory.com