1   SEDGWICK LLP
    RALPH A. GUIRGIS  Bar No. 143262
2   MICHAEL L. FOX  Bar No. 173355
    ROBERT S. GEBHARD  Bar No. 158125
3   JIM S. BYUN  Bar No. 199966
    JAMISON R. NARBAITZ  Bar No. 219339
4   333 Bush Street, 30th Floor
    San Francisco, California 94104-2834
5   Telephone: (415) 781-7900
    Facsimile: (415) 781-2635
6   ralph.guirgis@sedgwicklaw.com
    michael.fox@sedgwicklaw.com
7   robert.gebhard@sedgwicklaw.com
    jamison.narbaitz@sedgwicklaw.com
8   jim.byun@sedgwicklaw.com

9   Attorneys for Plaintiffs
    ACE CAPITAL LIMITED,
10  ACE CAPITAL IV LIMITED,
    ACE CAPITAL V LIMITED
11  and BRIT UW LIMITED

12
                    UNITED STATES DISTRICT COURT
13
          EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION
14

15
    ACE CAPITAL LIMITED, *et al.*,              CASE NO. 2:12-cv-1511-JAM-EFB
16

17                                             STIPULATION AND ORDER TO EXTEND
                  Plaintiffs,                  TIME FOR ACE CAPITAL LIMITED, ACE
18                                             CAPITAL IV LIMITED, ACE CAPITAL V
            v.                                 LIMITED, AND BRIT UW LIMITED TO
19                                             RESPOND TO WOOD RIVER
    ePLANNING, INC., *et al.*,                  DEFENDANTS-CLAIMANTS'
20                                             COUNTERCLAIM
                  Defendant-Claimants.
21

22

23

24          Plaintiffs and Counter-Defendants ACE CAPITAL LIMITED, ACE CAPITAL IV

25  LIMITED, ACE CAPITAL V LIMITED, and BRIT UW LIMITED (collectively referred to as

26  "Underwriters"), by and through their counsel of record, Jamison R. Narbaitz, Esq. of Sedgwick

27  LLP, and Defendants and Counterclaimants WOOD RIVER DEFENDANTS-CLAIMANTS (as

28  defined and identified in paragraphs 293 through 366 of the interpleader complaint (ECF No. 2)),

**STIPULATION TO EXTEND TIME TO RESPOND TO WOOD RIVER DEFENDANTS-CLAIMANTS' COUNTERCLAIM**

1  by and through their counsel of record, Jeffery J. Swanson, Esq., hereby stipulate, subject to the

2  Court's approval, that Underwriters may file their responsive pleading to the Counterclaim filed

3  by WOOD RIVER DEFENDANTS-CLAIMANTS (ECF No. 52) on or before October 4, 2012.

4

5  DATED: August 31, 2012          SEDGWICK LLP

6                                  By: /s/ *Jamison R. Narbaitz*
                                      Ralph A. Guirgis
7                                     Michael L. Fox
                                      Jamison R. Narbaitz
8                                     Attorneys for Plaintiffs and Counter-Defendants
9                                     ACE CAPITAL LIMITED, ACE CAPITAL IV
                                      LIMITED, ACE CAPITAL V LIMITED and
10                                    BRIT UW LIMITED

11

12  DATED: August 31, 2012          LAW OFFICE OF JEFFERY J. SWANSON

13                                  By: /s/ *Jeffery J. Swanson*
                                      Jeffery J. Swanson
14                                    Attorneys for Defendants and Counterclaimants
                                      WOOD RIVER DEFENDANTS-CLAIMANTS
15

16

17                                  **ORDER**

18  PURSUANT TO STIPULATION, IT IS SO ORDERED.

19

20  DATED:  8/31/2012
                                       /s/ John A. Mendez
21                                    UNITED STATES DISTRICT COURT JUDGE

22

23                        **Certification Pursuant to Rule 131(e)**

24      I, Jamison R. Narbaitz, certify that concurrence in the filing of the foregoing Stipulation

    has been obtained from each signatory listed.
25

26                                    */s/ Jamison R. Narbaitz*
                                        Jamison R. Narbaitz
27

28

SF/2919790v1                          -2-                    Case No. 2:12-cv-1511-JAM-EFB
**STIPULATION TO EXTEND TIME TO RESPOND TO WOOD RIVER DEFENDANTS-CLAIMANTS' COUNTERCLAIM**