1  SEDGWICK LLP
   RALPH A. GUIRGIS  Bar No. 143262
2  MICHAEL L. FOX  Bar No. 173355
   ROBERT S. GEBHARD  Bar No. 158125
3  JAMISON R. NARBAITZ  Bar No. 219339
   333 Bush Street, 30th Floor
4  San Francisco, California 94104-2834
   Telephone: (415) 781-7900
5  Facsimile: (415) 781-2635
   ralph.guirgis@sedgwicklaw.com
6  michael.fox@sedgwicklaw.com
   robert.gebhard@sedgwicklaw.com
7  jamison.narbaitz@sedgwicklaw.com

8  Attorneys for Plaintiffs
   ACE CAPITAL LIMITED,
9  ACE CAPITAL IV LIMITED,
   ACE CAPITAL V LIMITED
10 and BRIT UW LIMITED

11              UNITED STATES DISTRICT COURT

12     EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

13

14
   ACE CAPITAL LIMITED, *et al.*,          CASE NO. 2:12-cv-1511-JAM-EFB
15
                                           STIPULATION AND ORDER RE:
16           Plaintiffs,                    VOLUNTARY DISMISSAL OF
                                           DEFENDANT JOHN BROOKS
17       v.                                [FED.R.CIV.P. 41(a)(2)]

18 ePLANNING, INC., *et al.*,

19           Defendant-Claimants.

20

21

22

23      Plaintiffs ACE CAPITAL LIMITED, ACE CAPITAL IV LIMITED, ACE CAPITAL V

24 LIMITED, and BRIT UW LIMITED (collectively referred to as "Underwriters"), by and through

25 their counsel of record, Jamison R. Narbaitz, Esq. of Sedgwick LLP, and Defendant JOHN

26 BROOKS ("Brooks"), by and through his specially-appearing counsel, William P. Torngren, Esq.,

27 hereby stipulate, subject to the Court's approval, to the voluntary dismissal with prejudice of

28 Brooks from this interpleader action.  Following an opportunity to consult with counsel of his

1   choosing, Brooks has advised that he has previously settled his claims against Underwriters'

2   insured(s) to his satisfaction and therefore believes that he is not entitled to recover any portion of

3   the interplead funds.  Accordingly, Brooks wishes to be dismissed from this action.

4          Underwriters and Brooks agree that each party will bear their own attorneys' fees and

5   costs in connection with and arising out of the interpleader action and this stipulation.

6          IT IS SO STIPULATED.

7   DATED:  October 2, 2012                    SEDGWICK LLP

8

9

10                                         By: /s/ Jamison R. Narbaitz
                                              Ralph A. Guirgis
11                                            Michael L. Fox
                                              Jamison R. Narbaitz
12                                            Attorneys for Plaintiffs and Counter-Defendants
                                              ACE CAPITAL LIMITED, ACE CAPITAL IV
13                                            LIMITED, ACE CAPITAL V LIMITED and
                                              BRIT UW LIMITED
14

15   / / /

16   / / /

17   / / /

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

1    DATED:  October 2, 2012                 LAW OFFICE OF WILLIAM P. TORNGREN

2

3

                                            By: /s/ William P. Torngren
4                                               William P. Torngren, Esq.
                                                7485 Rush River Dr., Suite 710-313
5                                               Sacramento, CA  95831
                                                Tel.:  (916) 554-6447
6                                               Fax:  (916) 554-6445
                                                Email:  torngren@torngrenlaw.com
7                                               Attorney for Defendant JOHN BROOKS

8

9

10

11

12
                                            **<u>ORDER</u>**
13

14          Pursuant to stipulation, defendant JOHN BROOKS is hereby dismissed with prejudice

15   from this interpleader action, with each party to bear their own attorneys' fees and costs in

16   connection with and arising out of the interpleader action and the stipulation.

17          IT IS SO ORDERED.

18

19   DATED:  10/3/2012

20                                          /s/ John A. Mendez
                                            JOHN A. MENDEZ
21                                          UNITED STATES DISTRICT COURT JUDGE

22

23

24

25

26

27

28

<u>**Certification Pursuant to Rule 131(e)**</u>

I, Jamison R. Narbaitz, certify that concurrence in the filing of the foregoing Stipulation has been obtained from each signatory listed.

*/s/ Jamison R. Narbaitz*
Jamison R. Narbaitz

**STIPULATION AND [PROPOSED] ORDER RE: VOLUNTARY DISMISSAL OF DEFENDANT JOHN BROOKS**