SEDGWICK LLP
RALPH A. GUIRGIS  Bar No. 143262
MICHAEL L. FOX  Bar No. 173355
ROBERT S. GEBHARD  Bar No. 158125
JAMISON R. NARBAITZ  Bar No. 219339
333 Bush Street, 30th Floor
San Francisco, California 94104-2834
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
ralph.guirgis@sedgwicklaw.com
michael.fox@sedgwicklaw.com
robert.gebhard@sedgwicklaw.com
jamison.narbaitz@sedgwicklaw.com

Attorneys for Plaintiffs
ACE CAPITAL LIMITED,
ACE CAPITAL IV LIMITED,
ACE CAPITAL V LIMITED
and BRIT UW LIMITED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ACE CAPITAL LIMITED, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ePLANNING, INC., *et al.*,<br><br>Defendant-Claimants. | CASE NO. 2:12-cv-1511-JAM-EFB<br><br>STIPULATION AND ORDER RE: VOLUNTARY DISMISSAL OF DEFENDANTS ESTATE OF GEORGE E. MERRILL (INCORRECTLY SUED AS GEORGE E. MERRILL), NONA MERRILL, GEORGE E. MERRILL III, AND SUSAN S. MERRILL [FED.R.CIV.P. 41(a)(2)] |

Plaintiffs ACE CAPITAL LIMITED, ACE CAPITAL IV LIMITED, ACE CAPITAL V LIMITED, and BRIT UW LIMITED (collectively referred to as "Underwriters"), by and through their counsel of record, Jamison R. Narbaitz, Esq. of Sedgwick LLP, and Defendants ESTATE OF GEORGE E. MERRILL (incorrectly sued as GEORGE E. MERRILL), NONA MERRILL, GEORGE E. MERRILL III, AND SUSAN S. MERRILL (collectively "the Merrill Defendants"), by and through their specially-appearing counsel, Donald T. McMillan, Esq. of McMillan Shureen

1  LLP, hereby stipulate, subject to the Court's approval, to the voluntary dismissal with prejudice of
2  the Merrill Defendants from this interpleader action. Following an opportunity to consult with
3  counsel of their choosing, the McMillan Defendants have advised that they have previously settled
4  their claims against Underwriters' insured(s) and therefore do not wish to seek recovery of any
5  portion of the interplead funds. Accordingly, the Merrill Defendants wish to be dismissed from
6  this action.

7  Underwriters and the Merrill Defendants agree that each party will bear their own
8  attorneys' fees and costs in connection with and arising out of the interpleader action and this
9  stipulation.

10  IT IS SO STIPULATED.

12  DATED: October 12, 2012          SEDGWICK LLP

                                     By: /s/ *Jamison R. Narbaitz*
                                     Ralph A. Guirgis
                                     Michael L. Fox
                                     Jamison R. Narbaitz
                                     Attorneys for Plaintiffs and Counter-Defendants
                                     ACE CAPITAL LIMITED, ACE CAPITAL IV
                                     LIMITED, ACE CAPITAL V LIMITED and
                                     BRIT UW LIMITED

19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

DATED: October 12, 2012              McMILLAN SHUREEN LLP

By: /s/ *Donald T. McMillan*
Donald T. McMillan
McMillan Shureen LLP
50 Santa Rosa Ave, Suite 200
Santa Rosa, CA  95404
Tel.:  (707) 525-5400
Fax:   (707) 576-7955
Email: *don.mcmillan@mcmillanshureen.com*
Attorney for Defendants ESTATE OF GEORGE E. MERRILL (incorrectly sued as GEORGE E. MERRILL), NONA MERRILL, GEORGE E. MERRILL III, AND SUSAN S. MERRILL

## **ORDER**

Pursuant to stipulation, defendants ESTATE OF GEORGE E. MERRILL (incorrectly sued as GEORGE E. MERRILL), NONA MERRILL, GEORGE E. MERRILL III, AND SUSAN S. MERRILL are hereby dismissed with prejudice from this interpleader action, with each party to bear their own attorneys' fees and costs in connection with and arising out of the interpleader action and the stipulation.

IT IS SO ORDERED.

DATED:  10/15/2012

　　　　　　　　　　　　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　　　　HON. JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

**Certification Pursuant to Rule 131(e)**

I, Jamison R. Narbaitz, certify that concurrence in the filing of the foregoing Stipulation has been obtained from each signatory listed.

> */s/ Jamison R. Narbaitz*
> Jamison R. Narbaitz