Joseph Ehrlich (State Bar No. 84359)
Mark R. Meyer (State Bar No. 238231)
LOSCH & EHRLICH
425 California St., Ste. 2025
San Francisco, California  94104
Telephone:   (415) 956-8400
Facsimile:    (415) 956-2150
Email:  je@losch-ehrlich.com

Attorneys for Defendants and Claimants
Clifford Gamble, Scott Hultsman,
Linda Sechser, Joseph Vassallo,
John J. Mayerhofer, Mark Swartz,
Timothy Menezes, Ian Filipini, and
Leland S. Prussia

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACE CAPTIAL LIMITED, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ePLANNING, INC., et al., <br><br> Defendants. | Case No. 2:12-CV-01511-JAM-AC <br><br> **JUDGMENT AND ORDER FOR DISBURSEMENT OF REGISTRY FUNDS** <br><br> Judge:        John A. Mendez <br> Courtroom:   6 |

     This action came on for hearing before the Court, on February 5, 2014, 9:30 a.m. in Department 6, Hon. John A. Mendez presiding on a Motion for Summary Judgment of Defendants and Claimants CLIFFORD GAMBLE, SCOTT HULTSMAN, LINDA SECHSER, JOSEPH VASSALLO, JOHN J. MAYERHOFER, MARK SWARTZ, TIMOTHY MENEZES, IAN FILIPINI, and LELAND S. PRUSSIA.  The evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

     IT IS ORDERED AND ADJUDGED that the Court shall disburse all funds deposited by Plaintiffs in this action ($303,691.93 deposited on 8/13/2012 RECEIPT No. #CAE200046619) together with any interest bearing thereon to CLIFFORD GAMBLE, SCOTT HULTSMAN, LINDA

1 | SECHSER, JOSEPH VASSALLO, JOHN J. MAYERHOFER, MARK SWARTZ, TIMOTHY
2 | MENEZES, IAN FILIPINI, and LELAND S. PRUSSIA, all other parties to take nothing, and that
3 | the action be dismissed on the merits.

4 |     IT IS ORDERED that **the Clerk of the Court is directed to disburse funds** to counsel for
5 | Defendants and Claimants, JOSEPH EHRLICH DBA LOSCH EHRLICH ATTORNEY CLIENT
6 | TRUST ACCOUNT, 425 California St., Ste. 2025, San Francisco, California 94104, forthwith.

9 | Dated: 2/6/2014                                                   /s/ John A. Mendez
                                                                           Hon. John A. Mendez
10 |                                                                            United States District Court Judge